UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

Plaintiff  Freeplay Music Corp

-v-

Haas Outdoors, Inc.
Outdoor Channel, Inc.

Defendants

Case No. 06 CV 7618 (JDC)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Freeplay Music Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 9/21/06

_____
Signature of Attorney

Attorney Bar Code: CS 7746

Form Rule7_1.pdf