# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Rose Auslander**
*Partner*

Direct Dial: 212-238-8601
E-mail: auslander@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

**MEMO ENDORSED**

October 13, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/06

**VIA FACSIMILE**

The Hon. Denny Chin
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

Re:   *Freeplay Music Corp. v. Haas Outdoors, Inc. and Outdoor Channel, Inc.*, 06 CV 7618

Dear Judge Chin:

We represent defendant Haas Outdoors, Inc. in the above matter. We are writing to request a 30 day extension of our client's time to answer, move or otherwise respond to the Complaint. Our client is a Mississippi corporation located in Mississippi. This firm was only recently retained and we believe an additional 30 days is reasonable and necessary to adequately investigate this matter and respond to the Complaint. We have also been asked to request the same extension on behalf of defendant Outdoor Channel, Inc., a Nevada company located in California, which does not yet have counsel in this case.

Our client's current response deadline is October 16, 2006, and I understand that the deadline for Outdoor Channel is the same. We respectfully request that the deadline be extended to November 15, 2006. Defendants have not made any previous requests for extensions of time. Plaintiff's counsel does not consent to our client's requested extension and has tried to attach conditions to even a two week extension. Our client cannot accept these conditions, such as waiver of service rights under Fed.R.Civ.P. 4, should this case be dismissed and plaintiff choose to re-file elsewhere.

Respectfully,

Rose Auslander

Approved.
SO ORDERED.

USDJ
10/16/06

RA:ja
cc:   Christopher Serbagi, Esq. (via facsimile)

6118746.1

TOTAL P.02