EX. A3

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 335-708**

SR0000335708

EFFECTIVE DATE OF REGISTRATION

7 / 31 / 2003
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼

WORLD MIX VOLUME 5

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

---

**2**

**a** NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month▶ JAN  Day▶ 1  Year▶ 2001
UNITED STATES OF AMERICA  ◀ Nation

---

**4**

See instructions before completing this space

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY  10019-6833

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   **5**
☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the f st time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
**a**

See instructions before completing this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account   **7**
   Name ▼                                                    Account Number ▼
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼   **8**
**b** SCOTT P SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone  number 212 974 0548        Fax number 212 664 7737
Email SCOTT @ FREEPLAYMUSIC COM

**CERTIFICATION**  I the undersigned  hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  SCOTT P. SCHREER
   Name of author or other copyright claimant  or owner of e clus  e right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
SCOTT P SCHREER                                          Date  JULY 22, 2003

Handwritten signature (x) ▼
X

**Certificate will be mailed in window envelope to this address**   **9**
Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money  order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any write  statement filed in connection with the application  shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** *SR/CON*

UNITED STATES COPYRIGHT OFFICE

R    SR 335-708

SR0008335708

● This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right hand corner
● If at all possible try to fit the information called for into the spaces provided on the basic form.
● If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
● If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
● Space A of this sheet is intended to identify the basic application
Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms
● Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA/PAU/SE/SEG/SEU/SR/SRU

EFFECTIVE DATE OF REGISTRATION

7    31    2003
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

7    31    2003

Page    3    of    4    pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
● TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

WORLD MIX VOLUMES

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

## B
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes  ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes  ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born▼    Year Died▼ |

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes  ☐ No    "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which)    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"WORLD MIX VOLUME 5"

1) DETERMINED TUMBAO

2) MID EAST MIX

3) THE WALL

4) DIM HORIZON

5) WORLD BLUES

6) CROSSING

7) THE BATTLE

8) COMPANION

9) MY TEARS

10) RAW ATHLETICISM

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY   10019-6833

**D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**SR 374-914**



*SR000374914*

**EFFECTIVE DATE OF REGISTRATION**

1-23-06

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

FREEPLAY MUSIC CORP. / DVD # 7

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

SEE ATTACHED CONTINUATION SHEET

## 2

**a**

**NAME OF AUTHOR ▼**

FREEPLAY MUSIC CORP.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING + MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

2003
◀ Year    This information must be given in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

Complete this information ONLY if this work has been published.

Month ▶ 6    Day ▶ 1    Year ▶ 2003

United States of America    ◀ Nation

## 4

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP.
1650 BROADWAY 1108
NEW YORK, N.Y. 10019

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

See instructions before completing this space.

**APPLICATION RECEIVED**
JAN 2 3 2006
**ONE DEPOSIT RECEIVED**
JAN 2 3 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of 6 pages

| EXAMINED BY | *061* | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

*Prepared by C.O. from informal continuation sheet.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**  Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
N.Y, NY 10019

Area code and daytime telephone number  212-974-0548   Fax number  212-664-7737

Email  scott@freeplaymusic.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  Scott P. Schreer

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Scott P. Schreer          Date 1/5/06

Handwritten signature (x) ▼

X

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

Certificate will be mailed in window envelope to this address

Name ▼  Freeplay Music Corp.

Number/Street/Apt ▼  1650 Broadway, 1108

City/State/ZIP ▼  N.Y. N.Y. 10019

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**◉ Form SR/CON**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**SR 374-914**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*SR000374914*
/AU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**EFFECTIVE DATE OF REGISTRATION**

1-23-06
(Month)      (Day)      (Year)

**CONTINUATION SHEET RECEIVED**

JAN 23 2006

Page __3__ of __6__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  FREEPLAY MUSIC CORP / DVD #7
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  FREEPLAY MUSIC CORP.

---

**B**
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born▼        Year Died▼ |
|---|---|---|

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):   ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

| | | | | | |
|---|---|---|---|---|---|
| Pop Vol 4 | A Happy Day | Trk 1 | Rockin Hop Vol 1 | Blazing | trk 1 |
| Pop Vol 4 | Awakenings | Trk 2 | Rockin Hop Vol 1 | Coming Home | trk 2 |
| Pop Vol 4 | A Wonderful World | Trk 3 | Rockin Hop Vol 1 | FuYu | trk 3 |
| Pop Vol 4 | Conflict | Trk 4 | Rockin Hop Vol 1 | Get Gone | trk 4 |
| Pop Vol 4 | Doctor Jones | Trk 5 | Rockin Hop Vol 1 | Hip Shell | trk 5 |
| Pop Vol 4 | Immersion | Trk 6 | Rockin Hop Vol 1 | Jem Hop | trk 6 |
| Pop Vol 4 | Overlooking The Sea | Trk 7 | Rockin Hop Vol 1 | Luda Style | trk 7 |
| Pop Vol 4 | Psychedelic Dream | Trk 8 | Rockin Hop Vol 1 | Poppy Rock | trk 8 |
| Pop Vol 4 | Remembering | Trk 9 | Rockin Hop Vol 1 | Sly Hop | trk 9 |
| Pop Vol 4 | Song For Love | Trk 10 | Rockin Hop Vol 1 | What I Want | trk 10 |
| Pop Vol 4 | A Happy Day | Trk 11 | Rockin Hop Vol 1 | Blazing | trk 11 |
| Pop Vol 4 | Awakenings | Trk 12 | Rockin Hop Vol 1 | Coming Home | trk 12 |
| Pop Vol 4 | A Wonderful World | Trk 13 | Rockin Hop Vol 1 | FuYu | trk 13 |
| Pop Vol 4 | Conflict | Trk 14 | Rockin Hop Vol 1 | Get Gone | trk 14 |
| Pop Vol 4 | Doctor Jones | Trk 15 | Rockin Hop Vol 1 | Hip Shell | trk 15 |
| Pop Vol 4 | Immersion | Trk 16 | Rockin Hop Vol 1 | Jem Hop | trk 16 |
| Pop Vol 4 | Overlooking The Sea | Trk 17 | Rockin Hop Vol 1 | Luda Style | trk 17 |
| Pop Vol 4 | Psychedelic Dream | Trk 18 | Rockin Hop Vol 1 | Poppy Rock | trk 18 |
| Pop Vol 4 | Remembering | Trk 19 | Rockin Hop Vol 1 | Sly Hop | trk 19 |
| Pop Vol 4 | Song For Love | Trk 20 | Rockin Hop Vol 1 | What I Want | trk 20 |
| Pop Vol 4 | A Happy Day | Trk 21 | Rockin Hop Vol 1 | Blazing | trk 21 |
| Pop Vol 4 | Awakenings | Trk 22 | Rockin Hop Vol 1 | Coming Home | trk 22 |
| Pop Vol 4 | A Wonderful World | Trk 23 | Rockin Hop Vol 1 | FuYu | trk 23 |
| Pop Vol 4 | Conflict | Trk 24 | Rockin Hop Vol 1 | Get Gone | trk 24 |
| Pop Vol 4 | Doctor Jones | Trk 25 | Rockin Hop Vol 1 | Hip Shell | trk 25 |
| Pop Vol 4 | Immersion | Trk 26 | Rockin Hop Vol 1 | Jem Hop | trk 26 |
| Pop Vol 4 | Overlooking The Sea | Trk 27 | Rockin Hop Vol 1 | Luda Style | trk 27 |
| Pop Vol 4 | Psychedelic Dream | Trk 28 | Rockin Hop Vol 1 | Poppy Rock | trk 28 |
| Pop Vol 4 | Remembering | Trk 29 | Rockin Hop Vol 1 | Sly Hop | trk 29 |
| Pop Vol 4 | Song For Love | Trk 30 | Rockin Hop Vol 1 | What I Want | trk 30 |

| | | | | | |
|---|---|---|---|---|---|
| Sports Extreme Vol 3 | Marshall Law | trk 1 | | | |
| Sports Extreme Vol 3 | Metallic Rage | trk 2 | | | |
| Sports Extreme Vol 3 | Say Uncle | trk 3 | Todd Haberman Vol 1 | Engage | trk 1 |
| Sports Extreme Vol 3 | Straight Down | trk 4 | Todd Haberman Vol 1 | Move Out | trk 2 |
| Sports Extreme Vol 3 | Surf Punk | trk 5 | Todd Haberman Vol 1 | Sneak Attack | trk 3 |
| Sports Extreme Vol 3 | Swinging The Chain | trk 6 | Todd Haberman Vol 1 | Sidewinder | trk 4 |
| Sports Extreme Vol 3 | Wasteland | trk 7 | Todd Haberman Vol 1 | Happy Daze | trk 5 |
| Sports Extreme Vol 3 | X-Dream | trk 8 | Todd Haberman Vol 1 | Discovery | trk 6 |
| Sports Extreme Vol 3 | Zombie Killer | trk 9 | Todd Haberman Vol 1 | New World | trk 7 |
| Sports Extreme Vol 3 | Marshall Law | trk 10 | Todd Haberman Vol 1 | The Benz | trk 8 |
| Sports Extreme Vol 3 | Metallic Rage | trk 11 | Todd Haberman Vol 1 | Precious Moments | trk 9 |
| Sports Extreme Vol 3 | Say Uncle | trk 12 | Todd Haberman Vol 1 | Kickin It | trk 10 |
| Sports Extreme Vol 3 | Straight Down | trk 13 | Todd Haberman Vol 1 | Progression | trk 11 |
| Sports Extreme Vol 3 | Surf Punk | trk 14 | Todd Haberman Vol 1 | Lift Off | trk 12 |
| Sports Extreme Vol 3 | Swinging The Chain | trk 15 | Todd Haberman Vol 1 | Driven | trk 13 |
| Sports Extreme Vol 3 | Wasteland | trk 16 | Todd Haberman Vol 1 | Walk The Walk | trk 14 |
| Sports Extreme Vol 3 | X-Dream | trk 17 | Todd Haberman Vol 1 | Marching On | trk 15 |
| Sports Extreme Vol 3 | Zombie Killer | trk 18 | Todd Haberman Vol 1 | Lets Do It | trk 16 |
| | | | Todd Haberman Vol 1 | Today Is The Day | trk 17 |
| | | | Todd Haberman Vol 1 | Get On Up | trk 18 |
| | | | Todd Haberman Vol 1 | Get In The Groove | trk 19 |
| | | | Todd Haberman Vol 1 | Scooters Anthem | trk 20 |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**D**



**CONTINUATION OF** (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

| | | | | |
|---|---|---|---|---|
| Todd Haberman Vol 2 | Metropolis | trk 1 | 4.49 | 1 |
| Todd Haberman Vol 2 | Eye Spy | trk 2 | 3:38 | 1 |
| Todd Haberman Vol 2 | Reach For The Sky | trk 3 | 2:04 | 1 |
| Todd Haberman Vol 2 | Mixed Emotions | trk 4 | 2:27 | 1 |
| Todd Haberman Vol 2 | Free For All | trk 5 | 2:34 | 1 |
| Todd Haberman Vol 2 | Moonlight Horizon | trk 6 | 3:07 | 1 |
| Todd Haberman Vol 2 | Close Encounters | trk 7 | 2:06 | 1 |
| Todd Haberman Vol 2 | For The Glory | trk 8 | 2:23 | 1 |
| Todd Haberman Vol 2 | Destiny | trk 9 | 2:36 | 1 |
| Todd Haberman Vol 2 | Saturn Winds | trk 10 | 4:06 | 1 |
| Todd Haberman Vol 2 | California Sun | trk 11 | :60 | 1 |
| Todd Haberman Vol 2 | Carry On | trk 12 | :60 | 1 |
| Todd Haberman Vol 2 | Curiosity | trk 13 | :60 | 1 |
| Todd Haberman Vol 2 | Swept Away | trk 14 | :60 | 1 |
| Todd Haberman Vol 2 | Walkin Tall | trk 15 | :60 | 1 |
| Todd Haberman Vol 2 | Metropolis | trk 16 | :60 | 1 |
| Todd Haberman Vol 2 | Eye Spy | trk 17 | :60 | 1 |
| Todd Haberman Vol 2 | Reach For The Sky | trk 18 | :60 | 1 |
| Todd Haberman Vol 2 | Mixed Emotions | trk 19 | :60 | 1 |
| Todd Haberman Vol 2 | Free For All | trk 20 | :60 | |
| Todd Haberman Vol 2 | Moonlight Horizon | trk 21 | :60 | |
| Todd Haberman Vol 2 | Close Encounters | trk 22 | :60 | |
| Todd Haberman Vol 2 | For The Glory | trk 23 | :60 | |
| Todd Haberman Vol 2 | Destiny | trk 24 | :60 | |
| Todd Haberman Vol 2 | Saturn Winds | trk 25 | :60 | |
| Todd Haberman Vol 2 | Metropolis | trk 26 | :30 | |
| Todd Haberman Vol 2 | Eye Spy | trk 27 | :30 | |
| Todd Haberman Vol 2 | Reach For The Sky | trk 28 | :30 | |
| Todd Haberman Vol 2 | Mixed Emotions | trk 29 | :30 | |
| Todd Haberman Vol 2 | Free For All | trk 30 | :30 | |
| Todd Haberman Vol 2 | Moonlight Horizon | trk 31 | :30 | |
| Todd Haberman Vol 2 | Close Encounters | trk 32 | :30 | |
| Todd Haberman Vol 2 | For The Glory | trk 33 | :30 | |
| Todd Haberman Vol 2 | Destiny | trk 34 | :30 | |
| Todd Haberman Vol 2 | Saturn Winds | trk 35 | :30 | |
| Todd Haberman Vol 2 | California Sun | trk 36 | :30 | |
| Todd Haberman Vol 2 | Carry On | trk 37 | :30 | |
| Todd Haberman Vol 2 | Curiosity | trk 38 | :30 | |
| Todd Haberman Vol 2 | Swept Away | trk 39 | :30 | |
| Todd Haberman Vol 2 | Walkin Tall | trk 40 | :30 | |

| | | |
|---|---|---|
| Todd Haberman Vol 3 | Bang Through | Trk 1 |
| Todd Haberman Vol 3 | Come On Over | Trk 2 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 3 |
| Todd Haberman Vol 3 | Machine Drum | Trk 4 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 5 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 6 |
| Todd Haberman Vol 3 | Nastiness | Trk 7 |
| Todd Haberman Vol 3 | No Cares Here | Trk 8 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 9 |
| Todd Haberman Vol 3 | Punk Party | Trk 10 |
| Todd Haberman Vol 3 | See You There | Trk 11 |
| Todd Haberman Vol 3 | Shift Up | Trk 12 |
| Todd Haberman Vol 3 | Smooth Operator | Trk 13 |
| Todd Haberman Vol 3 | Sushi Kik. | Trk 14 |
| Todd Haberman Vol 3 | Violin Fight | Trk 15 |
| Todd Haberman Vol 3 | Bang Through | Trk 16 |
| Todd Haberman Vol 3 | Come On Over | Trk 17 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 18 |
| Todd Haberman Vol 3 | Machine Drum | Trk 19 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 20 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 21 |
| Todd Haberman Vol 3 | Nastiness | Trk 22 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 23 |
| Todd Haberman Vol 3 | Punk Party | Trk 24 |
| Todd Haberman Vol 3 | See You There | Trk 25 |
| Todd Haberman Vol 3 | Shift Up | Trk 26 |
| Todd Haberman Vol 3 | Violin Fight | Trk 27 |
| Todd Haberman Vol 3 | Bang Through | Trk 28 |
| Todd Haberman Vol 3 | Come On Over | Trk 29 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 30 |
| Todd Haberman Vol 3 | Machine Drum | Trk 31 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 32 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 33 |
| Todd Haberman Vol 3 | Nastiness | Trk 34 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 35 |
| Todd Haberman Vol 3 | Punk Party | Trk 36 |
| Todd Haberman Vol 3 | See You There | Trk 37 |
| Todd Haberman Vol 3 | Shift Up | Trk 38 |
| Todd Haberman Vol 3 | Violin Fight | Trk 39 |

| | | |
|---|---|---|
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 1 |
| Sunny Summer Rock Vol 1 | Because | Trk 2 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 3 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 4 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 5 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 6 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 7 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 8 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 9 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 10 |
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 11 |
| Sunny Summer Rock Vol 1 | Because | Trk 12 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 13 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 14 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 15 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 16 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 17 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 18 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 19 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 20 |
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 21 |
| Sunny Summer Rock Vol 1 | Because | Trk 22 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 23 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 24 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 25 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 26 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 27 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 28 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 29 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 30 |

| | | |
|---|---|---|
| Trance-Floor Vol 1 | iFunk | Trk 1 |
| Trance-Floor Vol 1 | Anime | Trk 2 |
| Trance-Floor Vol 1 | Erotica | Trk 3 |
| Trance-Floor Vol 1 | Take Me | Trk 4 |
| Trance-Floor Vol 1 | In Space | Trk 5 |
| Trance-Floor Vol 1 | Highway | Trk 6 |
| Trance-Floor Vol 1 | Do U Know | Trk 7 |
| Trance-Floor Vol 1 | Pursuit | Trk 8 |
| Trance-Floor Vol 1 | M I Ready | Trk 9 |
| Trance-Floor Vol 1 | Nicotine | Trk 10 |
| Trance-Floor Vol 1 | Migration | Trk 11 |
| Trance-Floor Vol 1 | 2 U | Trk 12 |
| Trance-Floor Vol 1 | Steady | Trk 13 |
| Trance-Floor Vol 1 | City | Trk 14 |
| Trance-Floor Vol 1 | Goodbye | Trk 15 |
| Trance-Floor Vol 1 | iFunk | Trk 16 |
| Trance-Floor Vol 1 | Anime | Trk 17 |
| Trance-Floor Vol 1 | Erotica | Trk 18 |
| Trance-Floor Vol 1 | Take Me | Trk 19 |
| Trance-Floor Vol 1 | In Space | Trk 20 |
| Trance-Floor Vol 1 | Highway | Trk 21 |
| Trance-Floor Vol 1 | Do U Know | Trk 22 |
| Trance-Floor Vol 1 | Pursuit | Trk 23 |
| Trance-Floor Vol 1 | M I Ready | Trk 24 |
| Trance-Floor Vol 1 | Nicotine | Trk 25 |
| Trance-Floor Vol 1 | Migration | Trk 26 |
| Trance-Floor Vol 1 | 2 U | Trk 27 |
| Trance-Floor Vol 1 | Steady | Trk 28 |
| Trance-Floor Vol 1 | Goodbye | Trk 29 |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

CONTINUATION OF (Check which):  ☑ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

Contents titles for:

"FREEPLAY MUSIC CORP / DVD #17"

1. POP VOLUME 4 (See Attached)
2. ROCK N HOP VOLUME 1 (See Attached)
3. SPORTS Extreme Volume 3 (See Attached)
4. Todd Haberman Vol 1 (See Attached)
5. Todd Haberman Vol 2 (See Attached)
6. Todd Haberman Vol 3 (See Attached)
7. Sunny Summer Rock Vol 1 (See Attached)
8. TRANCE-FLOOR VOL 1 (See Attached)

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Freeplay Music CORP.
Number/Street/Apt ▼
1650 Broadway, 1108
City/State/ZIP ▼
New York, NY   10019

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

September 2003 — 20,000   Web Rev September 2003   ℗ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGIS~ ~~

**SR 386-596**



SR0000386596

EFFECTIVE DATE OF REGISTRATION

| I | 30 | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

FREEPLAY MUSIC CORP / DVD #6

PREVIOUS  ALTERNATIVE  CONTENTS TITLES (CIRCLE ONE) ▼

SEE ATTACHED CONTINUATION SHEET

**2 a**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING + MUSIC

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 6  Day ▶ 1  Year ▶ 2003
United States of America ◀ Nation

**4 a**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC CORP
1650 BROADWAY, 1108
NY NY 10019

See instructions before completing this space

APPLICATION RECEIVED
JAN 3 0 2006
ONE DEPOSIT RECEIVED
JAN 3 0 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
□ Yes

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☑ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box) ▼

a  □ This work was previously registered in unpublished form and now has been published for the first time

b  □ This is the first application submitted by this author as copyright claimant

c  □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is  Yes,  give  Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                                Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

**b**    Scott P Schreer
FREEPLAY MUSIC CORP
1650 BROADWAY, 1108
NY  NY  10019

Area code and daytime telephone number ⌐212-974 0548    Fax number  212 664 7737

Email    scott@ freeplaymusic.com

---

**CERTIFICATION*** I, the undersigned  hereby certify that I am the

Check only one ▼

□ author                          □ owner of exclusive right(s)

□ other copyright claimant        ☑ authorized agent of    Scott P Schreer
                                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Scott P. Schreer                                          Date  1/5/04

Handwritten signature (x) ▼

X

**8**

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

FREEPLAY  MUSIC  CORP

Number/Street/Apt ▼

1650  BROADWAY  #1108

City/State/ZIP ▼

New YORK, NY  10019

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to  Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office  SR
101 Independence Avenue  S.E.
Washington, D.C. 20559-6237

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2003—100 000  Web Rev July 2003  ♺ Printed on recycled paper                    U.S. Government Printing Office 2003-496-605/60 Dkt

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form CON**
UNITED STATES COPYRIGHT OFFICE

**SR 386-596**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

- This Continuation Sheet is used in conjunction with Forms CA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX or VA

(Month)          (Day)          (Year)

**CONTINUATION SHEET RECEIVED**

JAN 3 0 2006

Page **3** of **4** pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE  (Give the title as given under the heading 'Title of this Work  in Space 1 of the basic form )
  " FREEPLAY  MUSIC  CORP / DVD #6 "
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT (S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  FREEPLAY  MUSIC  CORP

## B
**Continuation of Space 2**

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼        Year Died▼ |

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which).  ☑ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

Content Titles of
  "FREEPLAY MUSIC CORP / DVD#6 "

1 Motivational Vol 2

2 Neil Jason Vol 1

3 ORCHESTRAL VOL 1

4. ORCHESTRAL VOL 2

5 ORIENTAL GROOVES VOL 1

6 ORIENTAL STINGS VOL 1

7 PIANO SOLOS VOL 1

8 POP VOL 3



Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC CORP
Number/Street/Apt ▼
1650 Broadway, 1108
City/State/ZIP ▼
New York, N.Y   10019

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue  S.E
Washington  D.C. 20559-6000

**D**

| | | | |
|---|---|---|---|
| Motivational Vol 2 | Vertical | 1:01 | 1:59 |
| Motivational Vol 2 | Power Of One | 2:01 | 2:02 |
| Motivational Vol 2 | Red Mustang | 3:01 | 2:11 |
| Motivational Vol 2 | Vantage Point | 4:01 | 2:01 |
| Motivational Vol 2 | Her Majesty | 5:01 | 1:58 |
| Motivational Vol 2 | Beyond The Sunset | 6:01 | 2:25 |
| Motivational Vol 2 | Take Me Higher | 7:01 | 2:28 |
| Motivational Vol 2 | Ascension | 8:01 | 2:06 |
| Motivational Vol 2 | Challenge The Dream | 9:01 | 1:59 |
| Motivational Vol 2 | Times The | 10:01 | 2:10 |
| Motivational Vol 2 | Vertical | 11:01 | :60 |
| Motivational Vol 2 | Power Of One | 12:01 | :60 |
| Motivational Vol 2 | Red Mustang | 13:01 | :60 |
| Motivational Vol 2 | Vantage Point | 14:01 | :60 |
| Motivational Vol 2 | Her Majesty | 15:01 | :60 |
| Motivational Vol 2 | Beyond The Sunset | 16:01 | :60 |
| Motivational Vol 2 | Take Me Higher | 17:01 | :60 |
| Motivational Vol 2 | Ascension | 18:01 | :60 |
| Motivational Vol 2 | Challenge The Dream | 19:01 | :60 |
| Motivational Vol 2 | Times The | 20:01 | :60 |
| Motivational Vol 2 | Vertical | 21:01 | :30 |
| Motivational Vol 2 | Power Of One | 22:01 | :30 |
| Motivational Vol 2 | Red Mustang | 23:01 | :30 |
| Motivational Vol 2 | Vantage Point | 24:01:00 | :30 |
| Motivational Vol 2 | Her Majesty | 25:01:00 | :30 |
| Motivational Vol 2 | Beyond The Sunset | 26:01:00 | :30 |
| Motivational Vol 2 | Take Me Higher | 27:01:00 | :30 |
| Motivational Vol 2 | Ascension | 28:01:00 | :30 |
| Motivational Vol 2 | Challenge The Dream | 29:01:00 | :30 |
| Motivational Vol 2 | Times The | 30:01:00 | :30 |
| Motivational Vol 2 | Vertical | 31:01:00 | :20 |
| Motivational Vol 2 | Power Of One | 32:01:00 | :20 |
| Motivational Vol 2 | Red Mustang | 33:01:00 | :20 |
| Motivational Vol 2 | Vantage Point | 34:01:00 | :20 |
| Motivational Vol 2 | Her Majesty | 35:01:00 | :20 |
| Motivational Vol 2 | Beyond The Sunset | 36:01:00 | :20 |
| Motivational Vol 2 | Take Me Higher | 37:01:00 | :20 |
| Motivational Vol 2 | Ascension | 38:01:00 | :20 |
| Motivational Vol 2 | Challenge The Dream | 39:01:00 | :20 |
| Motivational Vol 2 | Times The | 40:01:00 | :20 |
| Motivational Vol 2 | Vertical | 41:01:00 | :15 |
| Motivational Vol 2 | Power Of One | 42:01:00 | :15 |
| Motivational Vol 2 | Red Mustang | 43:01:00 | :15 |
| Motivational Vol 2 | Vantage Point | 44:01:00 | :15 |
| Motivational Vol 2 | Her Majesty | 45:01:00 | :15 |
| Motivational Vol 2 | Beyond The Sunset | 46:01:00 | :15 |
| Motivational Vol 2 | Take Me Higher | 47:01:00 | :15 |
| Motivational Vol 2 | Ascension | 48:01:00 | :15 |
| Motivational Vol 2 | Challenge The Dream | 49:01:00 | :15 |
| Motivational Vol 2 | Times The | 50:01:00 | :15 |
| Motivational Vol 2 | Vertical | 51:01:00 | :10 |
| Motivational Vol 2 | Power Of One | 52:01:00 | :10 |
| Motivational Vol 2 | Red Mustang | 53:01:00 | :10 |
| Motivational Vol 2 | Vantage Point | 54:01:00 | :10 |
| Motivational Vol 2 | Her Majesty | 55:01:00 | :10 |
| Motivational Vol 2 | Beyond The Sunset | 56:01:00 | :10 |
| Motivational Vol 2 | Take Me Higher | 57:01:00 | :10 |
| Motivational Vol 2 | Ascension | 58:01:00 | :10 |
| Motivational Vol 2 | Challenge The Dream | 59:01:00 | :10 |
| Motivational Vol 2 | Times The | 60:01:00 | :10 |

| | | |
|---|---|---|
| Neil Jason Vol 1 | Funky Peppers | 1:01 :30 |
| Neil Jason Vol 1 | Funky Peppers | 2:01 :60 |
| Neil Jason Vol 1 | Get Down | 3:01 :30 |
| Neil Jason Vol 1 | Get Down | 4:01 :60 |
| Neil Jason Vol 1 | Night Crusin | 5:01 :30 |
| Neil Jason Vol 1 | Night Crusin | 6:01 :60 |
| Neil Jason Vol 1 | Cry Me A River | 7:01 :30 |
| Neil Jason Vol 1 | Cry Me A River | 8:01 :60 |
| Neil Jason Vol 1 | Honky Shuffle | 9:01 :30 |
| Neil Jason Vol 1 | Honky Shuffle | 10:01 :60 |
| Neil Jason Vol 1 | Cool Cat | 11:01 :30 |
| Neil Jason Vol 1 | Cool Cat | 12:01 :60 |
| Neil Jason Vol 1 | Free As A Bird | 13:01 :30 |
| Neil Jason Vol 1 | Free As A Bird | 14:01 :60 |
| Neil Jason Vol 1 | Last Train | 15:01 :30 |
| Neil Jason Vol 1 | Last Train | 16:01 :60 |
| Neil Jason Vol 1 | Catch Me If You Can | 17:01 :30 |
| Neil Jason Vol 1 | Catch Me If You Can | 18:01 :60 |
| Neil Jason Vol 1 | Can I Get A Witness | 19:01 :30 |
| Neil Jason Vol 1 | Can I Get A Witness | 20:01 :60 |
| Neil Jason Vol 1 | Electric Dreams | 21:01 :30 |
| Neil Jason Vol 1 | Electric Dreams | 22:01 :60 |
| Neil Jason Vol 1 | Shake It | 23:01 :30 |
| Neil Jason Vol 1 | Shake It | 24:01:00 :60 |
| Neil Jason Vol 1 | Silky Smooth | 25:01:00 :30 |
| Neil Jason Vol 1 | Silky Smooth | 26:01:00 :60 |
| Neil Jason Vol 1 | Day Dream | 27:01:00 :30 |
| Neil Jason Vol 1 | Day Dream | 28:01:00 :60 |
| Neil Jason Vol 1 | City Strut | 29:01:00 :30 |
| Neil Jason Vol 1 | City Strut | 30:01:00 :60 |

| | | | |
|---|---|---|---|
| Orchestral Vol 1 | Pirates Nest | 1:01 | 2:06 |
| Orchestral Vol 1 | Pirates Nest | 2:01 | :30 |
| Orchestral Vol 1 | Pirates Nest | 3:01 | :60 |
| Orchestral Vol 1 | Eternal Champion | 4:01 | 2:01 |
| Orchestral Vol 1 | Eternal Champion | 5:01 | :30 |
| Orchestral Vol 1 | Eternal Champion | 6:01 | :60 |
| Orchestral Vol 1 | Alliance Of Aleph | 7:01 | 3:09 |
| Orchestral Vol 1 | Alliance Of Aleph | 8:01 | :30 |
| Orchestral Vol 1 | Alliance Of Aleph | 9:01 | :60 |
| Orchestral Vol 1 | Warriors & Knights | 10:01 | 2:04 |
| Orchestral Vol 1 | Warriors & Knights | 11:01 | :30 |
| Orchestral Vol 1 | Warriors & Knights | 12:01 | :60 |
| Orchestral Vol 1 | The Last Stand | 13:01 | 2:03 |
| Orchestral Vol 1 | The Last Stand | 14:01 | :30 |
| Orchestral Vol 1 | The Last Stand | 15:01 | :60 |
| Orchestral Vol 1 | Sand Storms | 16:01 | 2:07 |
| Orchestral Vol 1 | Sand Storms | 17:01 | :30 |
| Orchestral Vol 1 | Sand Storms | 18:01 | :60 |
| Orchestral Vol 1 | Western Mood | 19:01 | 2:27 |
| Orchestral Vol 1 | Western Mood | 20:01 | :30 |
| Orchestral Vol 1 | Western Mood | 21:01 | :60 |
| Orchestral Vol 1 | Native American | 22:01 | 2:10 |
| Orchestral Vol 1 | Native American | 23:01 | :30 |
| Orchestral Vol 1 | Native American | 24:01:00 | :60 |
| Orchestral Vol 1 | Sir Robin of Locksley | 25:01:00 | 2:01 |
| Orchestral Vol 1 | Sir Robin of Locksley | 26:01:00 | :30 |
| Orchestral Vol 1 | Sir Robin of Locksley | 27:01:00 | :60 |
| Orchestral Vol 1 | Earth | 28:01:00 | 2:02 |
| Orchestral Vol 1 | Earth | 29:01:00 | :30 |
| Orchestral Vol 1 | Earth | 30:01:00 | :60 |

| | | | |
|---|---|---|---|
| Orchestral Vol 2 | Entry Of The Nations | trk 1 | 2:28 |
| Orchestral Vol 2 | Grand New Day | trk 2 | 3:06 |
| Orchestral Vol 2 | Persian Flavor | trk 3 | 2:06 |
| Orchestral Vol 2 | Sad Lullaby | trk 4 | 2:12 |
| Orchestral Vol 2 | Tears Of Joy | trk 5 | 2:19 |
| Orchestral Vol 2 | Thunderization | trk 6 | 2:10 |
| Orchestral Vol 2 | Urgent Emergency | trk 7 | 3:41 |
| Orchestral Vol 2 | Vampire Night | trk 8 | 2:03 |
| Orchestral Vol 2 | Southsea | trk 9 | 2:00 |
| Orchestral Vol 2 | Gremlins | trk 10 | :60 |
| Orchestral Vol 2 | Entry Of The Nations | trk 11 | :60 |
| Orchestral Vol 2 | Grand New Day | trk 12 | :60 |
| Orchestral Vol 2 | Persian Flavor | trk 13 | :60 |
| Orchestral Vol 2 | Sad Lullaby | trk 14 | :60 |
| Orchestral Vol 2 | Tears Of Joy | trk 15 | :60 |
| Orchestral Vol 2 | Thunderization | trk 16 | :60 |
| Orchestral Vol 2 | Urgent Emergency | trk 17 | :60 |
| Orchestral Vol 2 | Vampire Night | trk 18 | :60 |
| Orchestral Vol 2 | Southsea | trk 19 | :60 |
| Orchestral Vol 2 | Gremlins | trk 20 | :30 |
| Orchestral Vol 2 | Entry Of The Nations | trk 21 | :30 |
| Orchestral Vol 2 | Grand New Day | trk 22 | :30 |
| Orchestral Vol 2 | Persian Flavor | trk 23 | :30 |
| Orchestral Vol 2 | Sad Lullaby | trk 24 | :30 |
| Orchestral Vol 2 | Tears Of Joy | trk 25 | :30 |
| Orchestral Vol 2 | Thunderization | trk 26 | :30 |
| Orchestral Vol 2 | Urgent Emergency | trk 27 | :30 |
| Orchestral Vol 2 | Vampire Night | trk 28 | :30 |
| Orchestral Vol 2 | Southsea | trk 29 | :30 |
| Orchestral Vol 2 | Gremlins | | |

| | | | |
|---|---|---|---|
| Oriental Grooves Vol 1 | Along The Delta | Trk 1 | 3:31 |
| Oriental Grooves Vol 1 | Asian Psycho | Trk 2 | 3:31 |
| Oriental Grooves Vol 1 | Chase The Dragon | Trk 3 | 1:47 |
| Oriental Grooves Vol 1 | Chyna Town | Trk 4 | 2:39 |
| Oriental Grooves Vol 1 | Drain The Lizard | Trk 5 | 1:59 |
| Oriental Grooves Vol 1 | Eastern Mystery | Trk 6 | 2:38 |
| Oriental Grooves Vol 1 | Flute Of Passion | Trk 7 | 3:38 |
| Oriental Grooves Vol 1 | Girl Of Tibet | Trk 8 | 2:59 |
| Oriental Grooves Vol 1 | Hong Kong Ghetto | Trk 9 | 3:16 |
| Oriental Grooves Vol 1 | Song For Trang | Trk 10 | 3:31 |
| Oriental Grooves Vol 1 | Tridaz | Trk 11 | 3:03 |
| Oriental Grooves Vol 1 | Wu-Tang | Trk 12 | 3:06 |
| Oriental Grooves Vol 1 | Along The Delta | Trk 13 | :60 |
| Oriental Grooves Vol 1 | Asian Psycho | Trk 14 | :60 |
| Oriental Grooves Vol 1 | Chase The Dragon | Trk 15 | :60 |
| Oriental Grooves Vol 1 | Chyna Town | Trk 16 | :60 |
| Oriental Grooves Vol 1 | Drain The Lizard | Trk 17 | :60 |
| Oriental Grooves Vol 1 | Eastern Mystery | Trk 18 | :60 |
| Oriental Grooves Vol 1 | Flute Of Passion | Trk 19 | :60 |
| Oriental Grooves Vol 1 | Girl Of Tibet | Trk 20 | :60 |
| Oriental Grooves Vol 1 | Hong Kong Ghetto | Trk 21 | :60 |
| Oriental Grooves Vol 1 | Song For Trang | Trk 22 | :60 |
| Oriental Grooves Vol 1 | Tridaz | Trk 23 | :60 |
| Oriental Grooves Vol 1 | Wu-Tang | Trk 24 | :60 |
| Oriental Grooves Vol 1 | Along The Delta | Trk 25 | :30 |
| Oriental Grooves Vol 1 | Asian Psycho | Trk 26 | :30 |
| Oriental Grooves Vol 1 | Chase The Dragon | Trk 27 | :30 |
| Oriental Grooves Vol 1 | Chyna Town | Trk 28 | :30 |
| Oriental Grooves Vol 1 | Drain The Lizard | Trk 29 | :30 |
| Oriental Grooves Vol 1 | Eastern Mystery | Trk 30 | :30 |
| Oriental Grooves Vol 1 | Flute Of Passion | Trk 31 | :30 |
| Oriental Grooves Vol 1 | Girl Of Tibet | Trk 32 | :30 |
| Oriental Grooves Vol 1 | Hong Kong Ghetto | Trk 33 | :30 |
| Oriental Grooves Vol 1 | Song For Trang | Trk 34 | :30 |
| Oriental Grooves Vol 1 | Tridaz | Trk 35 | :30 |
| Oriental Grooves Vol 1 | Wu-Tang | Trk 36 | :30 |

| | | | |
|---|---|---|---|
| Oriental Stings Vol 1 | Along The Delta | Trk 1 | :04 |
| Oriental Stings Vol 1 | Asian Psycho | Trk 2 | :04 |
| Oriental Stings Vol 1 | Chase The Dragon | Trk 3 | :04 |
| Oriental Stings Vol 1 | Chyna Town | Trk 4 | :04 |
| Oriental Stings Vol 1 | Drain The Lizard | Trk 5 | :04 |
| Oriental Stings Vol 1 | Eastern Mystery | Trk 6 | :04 |
| Oriental Stings Vol 1 | Flute Of Passion | Trk 7 | :04 |
| Oriental Stings Vol 1 | Girl Of Tibet | Trk 8 | :04 |
| Oriental Stings Vol 1 | Hong Kong Ghetto | Trk 9 | :04 |
| Oriental Stings Vol 1 | Song For Trang | Trk 10 | :04 |
| Oriental Stings Vol 1 | Tridaz | Trk 11 | :04 |
| Oriental Stings Vol 1 | Wu-Tang | Trk 12 | :04 |



| Piano Solos Vol 2 | For Real Life | Trk 1 | 4:46 |
| Piano Solos Vol 2 | First Star | Trk 2 | 4:21 |
| Piano Solos Vol 2 | G Minor | Trk 3 | 4:58 |
| Piano Solos Vol 2 | Lydian | Trk 4 | 3:40 |
| Piano Solos Vol 2 | Arlene | Trk 5 | 4:45 |
| Piano Solos Vol 2 | Prelude | Trk 6 | 4:43 |
| Piano Solos Vol 2 | After Midnight | Trk 7 | 3:29 |
| Piano Solos Vol 2 | Caprice | Trk 8 | 5:58 |
| Piano Solos Vol 2 | For Real Life | Trk 9 | :60 |
| Piano Solos Vol 2 | First Star | Trk 10 | :60 |
| Piano Solos Vol 2 | G Minor | Trk 11 | :60 |
| Piano Solos Vol 2 | Lydian | Trk 12 | :60 |
| Piano Solos Vol 2 | Arlene | Trk 13 | :60 |
| Piano Solos Vol 2 | Prelude | Trk 14 | :60 |
| Piano Solos Vol 2 | After Midnight | Trk 15 | :60 |
| Piano Solos Vol 2 | Caprice | Trk 16 | :60 |
| Piano Solos Vol 2 | For Real Life | Trk 17 | :30 |
| Piano Solos Vol 2 | First Star | Trk 18 | :30 |
| Piano Solos Vol 2 | G Minor | Trk 19 | :30 |
| Piano Solos Vol 2 | Lydian | Trk 20 | :30 |
| Piano Solos Vol 2 | Arlene | Trk 21 | :30 |
| Piano Solos Vol 2 | Prelude | Trk 22 | :30 |
| Piano Solos Vol 2 | After Midnight | Trk 23 | :30 |
| Piano Solos Vol 2 | Caprice | Trk 24 | :30 |

| Pop Vol 3 | Alright Now | trk 1 | 1:13 |
| Pop Vol 3 | Infinity | trk 2 | 1:11 |
| Pop Vol 3 | Summer Eyes | trk 3 | 1:09 |
| Pop Vol 3 | Summer Trip | trk 4 | 1:17 |
| Pop Vol 3 | Bossa Pop | trk 5 | 1:03 |
| Pop Vol 3 | Days Gone By | trk 6 | :60 |
| Pop Vol 3 | Havana Nights | trk 7 | :60 |
| Pop Vol 3 | Look Out | trk 8 | :60 |
| Pop Vol 3 | Meet You There | trk 9 | :60 |
| Pop Vol 3 | Right Now | trk 10 | :60 |
| Pop Vol 3 | Sock Hop | trk 11 | :60 |
| Pop Vol 3 | Up All Night | trk 12 | :60 |
| Pop Vol 3 | Alright Now | trk 13 | :60 |
| Pop Vol 3 | Infinity | trk 14 | :60 |
| Pop Vol 3 | SummerTrip | trk 15 | :60 |
| Pop Vol 3 | Alright Now | trk 16 | :30 |
| Pop Vol 3 | Infinity | trk 17 | :30 |
| Pop Vol 3 | Summer Eyes | trk 18 | :30 |
| Pop Vol 3 | Summer Trip | trk 19 | :30 |
| Pop Vol 3 | Bossa Pop | trk 20 | :30 |
| Pop Vol 3 | Days Gone By | trk 21 | :30 |
| Pop Vol 3 | Havana Nights | trk 22 | :30 |
| Pop Vol 3 | Look Out | trk 23 | :30 |
| Pop Vol 3 | Meet You There | trk 24 | :30 |
| Pop Vol 3 | Right Now | trk 25 | :30 |
| Pop Vol 3 | Sock Hop | trk 26 | :30 |
| Pop Vol 3 | Up All Night | trk 27 | :30 |

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 337-119**



SR 337-119

EFFECTIVE DATE OF REGISTRATION

AUG. 25 2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

PIANO SOLOS

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

---

**2**
**a** NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ U.S.A.
Domiciled in ▶ _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2002
◀ Year    in all cases.

This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published

Month ▶ JAN    Day ▶ 1    Year ▶ 2002
UNITED STATES OF AMERICA    ◀ Nation

---

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 2 5 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 2 5 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY _____

CHECKED BY

CORRESPONDENCE
□ Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a  □ This work was previously registered in unpublished  form and now has been published for the first time

b  □ This is the first application submitted by this author as copyright claimant

c  □ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes, give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a**   Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

**b**   SCOTT P  SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6823

Area code and daytime telephone number 212-974 0548
Email SCOTT@FREEPLAYMUSIC COM

Fax number 212 664 7737

**CERTIFICATION**   I, the undersigned  hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive rights(s)

☒ authorized agent of   SCOTT P  SCHREER
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

SCOTT P SCHREER                          Date  JULY 22, 2003

Handwritten signature (x) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper

U S Government Printing Office  2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** _SR_ /CON
UNITED STATES COPYRIGHT OFFICE
RE    SR 337-119

- This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR TX and VA, only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting then
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

AUG 25 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
AUG 2 5 2003

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

PIANO SOLOS

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which)  ☒ Space 1  ☐ Space 4  ☐ Space 6

CONTENTS TITLES FOR "PIANO SOLOS"

1) A BRIGHTER DAY
2) APPALACHIAN SUNRISE
3) AUTUM NIGHTS
4) FAIR HARBOR
5) SMOOTH SUNSET
6) FREE RIDER
7) MI CORAZON
8) ROMANTIC NIGHTS
9) MUSIC BOX
10) NATIVE SON

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY  10019-6833

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**