# EX. A4

Case 1:06-cv-07618-DC    Document 6-5    Filed 03/15/2007    Page 1 of 18

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**
SR 378—924

**EFFECTIVE DATE OF REGISTRATION**
1 / 30 / 06
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
FREEPLAY MUSIC CORP. / DVD #5

PREVIOUS, ALTERNATIVE, OR (CONTENTS TITLES) (CIRCLE ONE) ▼
SEE ATTACHED CONTINUATION SHEET

**2 a** NAME OF AUTHOR ▼
FREEPLAY MUSIC CORP.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING & MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003  ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 6  Day ▶ 1  Year ▶ 2003
◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
N.Y., NY 10019

APPLICATION RECEIVED
JAN 30 2006
ONE DEPOSIT RECEIVED
JAN 30 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b   Scott P. Schreer
   FREEPLAY MUSIC CORP.
   1650 Broadway, 1108
   NY, NY 10019
   Area code and daytime telephone number  212 974 0548   Fax number  212 664 7737
   Email  scott@freeplaymusic.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ authorized agent of  Scott P. Schreer
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                          Date  1/5/06

Handwritten signature (x) ▼
X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ FREEPLAY MUSIC CORP. |
|---|---|
| | Number/Street/Apt ▼ 1650 Broadway 1108 |
| | City/State/ZIP ▼ NY, NY 10019 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ⓔ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Form **SR** /CON
UNITED STATES COPYRIGHT OFFICE

SR 378-924

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

1  30  06
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

JAN 3 0 2006

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application.
- Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"FREEPLAY MUSIC CORP / DVD #5"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP.

**B** Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☒ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

CONTENT TITLES FOR:

"FREEPLAY MUSIC CORP / DVD #5"

1. JAMS & BANDS VOL 2
2. JAZZ N HOP VOL 1
3. KIDS SONGS VOL 1
4. LIKE TOTALLY EIGHTIES (80's) VOL 1
5. LOUNGE VOL 2
6. MARK CALLY VOL 1
7. MOODS & GROOVES VOL 1
8. MOODS & GROOVES VOL 2

**D**

Certificate will be mailed in window envelope to this address:

Name: FREEPLAY MUSIC CORP
Number/Street/Apt: 1650 Broadway, 1108
City/State/ZIP: N.Y., N.Y. 10019

- Complete all necessary spaces
- Sign your application
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

September 2003 — 20,000   Web Rev: September 2003   ● Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,034

| Album | Track Title | Track | Length |
|---|---|---|---|
| Jams & Bands Vol 2 | Chasin After Tracy | trk 1 | 1:34 |
| Jams & Bands Vol 2 | Cincinnatti Patty | trk 2 | 3:10 |
| Jams & Bands Vol 2 | Fried Octopus Platter | trk 3 | 3:18 |
| Jams & Bands Vol 2 | I Dub Thee | trk 4 | 3:53 |
| Jams & Bands Vol 2 | Kentucky Vampires | trk 5 | 2:54 |
| Jams & Bands Vol 2 | Rompin Reptiles | trk 6 | 4:14 |
| Jams & Bands Vol 2 | Scandal In The Club | trk 7 | 4:52 |
| Jams & Bands Vol 2 | When U Were Gone | trk 8 | 3:10 |
| Jams & Bands Vol 2 | Chasin After Tracy | trk 9 | :60 |
| Jams & Bands Vol 2 | Cincinnatti Patty | trk 10 | :60 |
| Jams & Bands Vol 2 | Fried Octopus Platter | trk 11 | :60 |
| Jams & Bands Vol 2 | I Dub Thee | trk 12 | :60 |
| Jams & Bands Vol 2 | Kentucky Vampires | trk 13 | :60 |
| Jams & Bands Vol 2 | Rompin Reptiles | trk 14 | :60 |
| Jams & Bands Vol 2 | Scandal In The Club | trk 15 | :60 |
| Jams & Bands Vol 2 | When U Were Gone | trk 16 | :60 |
| Jams & Bands Vol 2 | Chasin After Tracy | trk 17 | :30 |
| Jams & Bands Vol 2 | Cincinnatti Patty | trk 18 | :30 |
| Jams & Bands Vol 2 | Fried Octopus Platter | trk 19 | :30 |
| Jams & Bands Vol 2 | I Dub Thee | trk 20 | :30 |
| Jams & Bands Vol 2 | Kentucky Vampires | trk 21 | :30 |
| Jams & Bands Vol 2 | Rompin Reptiles | trk 22 | :30 |
| Jams & Bands Vol 2 | Scandal In The Club | trk 23 | :30 |
| Jams & Bands Vol 2 | When U Were Gone | trk 24 | :30 |

| Album | Track | Index | Length |
|---|---|---|---|
| Jazz 'N' Hop Vol 1 | Jazz 'n' Hop | 1:01 | 2:12 |
| Jazz 'N' Hop Vol 1 | Flying Bass | 2:01 | 2:05 |
| Jazz 'N' Hop Vol 1 | Move | 3:01 | 2:03 |
| Jazz 'N' Hop Vol 1 | Max Power | 4:01 | 2:01 |
| Jazz 'N' Hop Vol 1 | Running | 5:01 | 3:14 |
| Jazz 'N' Hop Vol 1 | Killer | 6:01 | 2:01 |
| Jazz 'N' Hop Vol 1 | Killer Returns | 7:01 | 2:04 |
| Jazz 'N' Hop Vol 1 | Heat | 8:01 | 2:03 |
| Jazz 'N' Hop Vol 1 | Cracking Up | 9:01 | 2:08 |
| Jazz 'N' Hop Vol 1 | XRay | 10:01 | 2:06 |
| Jazz 'N' Hop Vol 1 | Sound On Mars | 11:01 | 2:03 |
| Jazz 'N' Hop Vol 1 | Queer | 12:01 | 2:02 |
| Jazz 'N' Hop Vol 1 | Electro Junkie | 13:01 | 2:00 |
| Jazz 'N' Hop Vol 1 | Jazz 'n' Hop | 14:01 | :60 |
| Jazz 'N' Hop Vol 1 | Flying Bass | 15:01 | :60 |
| Jazz 'N' Hop Vol 1 | Move | 16:01 | :60 |
| Jazz 'N' Hop Vol 1 | Max Power | 17:01 | :60 |
| Jazz 'N' Hop Vol 1 | Running | 18:01 | :60 |
| Jazz 'N' Hop Vol 1 | Killer | 19:01 | :60 |
| Jazz 'N' Hop Vol 1 | Killer Returns | 20:01 | :60 |
| Jazz 'N' Hop Vol 1 | Heat | 21:01 | :60 |
| Jazz 'N' Hop Vol 1 | Cracking Up | 22:01 | :60 |
| Jazz 'N' Hop Vol 1 | XRay | 23:01 | :60 |
| Jazz 'N' Hop Vol 1 | Sound On Mars | 24:01:00 | :60 |
| Jazz 'N' Hop Vol 1 | Queer | 25:01:00 | :60 |
| Jazz 'N' Hop Vol 1 | Electro Junkie | 26:01:00 | :60 |
| Jazz 'N' Hop Vol 1 | Jazz 'n' Hop | 27:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Flying Bass | 28:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Move | 29:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Max Power | 30:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Running | 31:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Killer | 32:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Killer Returns | 33:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Heat | 34:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Cracking Up | 35:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | XRay | 36:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Sound On Mars | 37:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Queer | 38:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Electro Junkie | 39:01:00 | :30 |
| Jazz 'N' Hop Vol 1 | Jazz 'n' Hop | 40:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Flying Bass | 41:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Move | 42:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Max Power | 43:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Running | 44:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Killer | 45:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Killer Returns | 46:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Heat | 47:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Cracking Up | 48:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | XRay | 49:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Sound On Mars | 50:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Queer | 51:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Electro Junkie | 52:01:00 | :20 |
| Jazz 'N' Hop Vol 1 | Jazz 'n' Hop | 53:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Flying Bass | 54:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Move | 55:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Max Power | 56:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Running | 57:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Killer | 58:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Killer Returns | 59:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Heat | 60:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Cracking Up | 61:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | XRay | 62:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Sound On Mars | 63:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Queer | 64:01:00 | :10 |
| Jazz 'N' Hop Vol 1 | Electro Junkie | 65:01:00 | :10 |

| | | | |
|---|---|---|---|
| Kids Songs Vol 1 | Birds Of A Feather | Trk 1 | :39 |
| Kids Songs Vol 1 | Bunny Rabbit | Trk 2 | 2:28 |
| Kids Songs Vol 1 | Did You Ever Go Fishing | Trk 3 | 2:25 |
| Kids Songs Vol 1 | Gonna Sleep Like A Baby | Trk 4 | 2:13 |
| Kids Songs Vol 1 | Grasshopper Green | Trk 5 | 1:50 |
| Kids Songs Vol 1 | Hurt No Living Thing | Trk 6 | 2:03 |
| Kids Songs Vol 1 | Ice Scream | Trk 7 | 1:35 |
| Kids Songs Vol 1 | If I Was | Trk 8 | 2:01 |
| Kids Songs Vol 1 | Its Raining, Its Pouring | Trk 9 | 1:44 |
| Kids Songs Vol 1 | Mud | Trk 10 | 2:28 |
| Kids Songs Vol 1 | Sam Sam The Butcher Man | Trk 11 | 1:50 |
| Kids Songs Vol 1 | The Fly Away Horse | Trk 12 | 3:39 |
| Kids Songs Vol 1 | The Spider And The Fly | Trk 13 | 2:32 |
| Kids Songs Vol 1 | Think Happy | Trk 14 | 1:39 |
| Kids Songs Vol 1 | Tumbling | Trk 15 | 1:37 |
| Kids Songs Vol 1 | Two Little Kittens | Trk 16 | 2:41 |
| Kids Songs Vol 1 | Wynken Blinken, And Nod | Trk 17 | 3:24 |

| | | | |
|---|---|---|---|
| Like Totally Eighties | Back Where You Belong | Trk 1 | 3:52 |
| Like Totally Eighties | Bring Back Love Instrumental | Trk 2 | 3:48 |
| Like Totally Eighties | Bring Back Love Male Vocal | Trk 3 | 3:44 |
| Like Totally Eighties | Do For You | Trk 4 | 3:35 |
| Like Totally Eighties | Move Up | Trk 5 | 4:22 |
| Like Totally Eighties | Out Of My Mind | Trk 6 | 4:00 |
| Like Totally Eighties | Run for Love Version 1 | Trk 7 | 3:41 |
| Like Totally Eighties | Run For Love Version 2 | Trk 8 | 4:03 |
| Like Totally Eighties | Song About Love | Trk 9 | 4:05 |
| Like Totally Eighties | Turn Your Loving | Trk 10 | 3:16 |
| Like Totally Eighties | Back Where You Belong | Trk 11 | :60 |
| Like Totally Eighties | Bring Back Love Instrumental | Trk 12 | :60 |
| Like Totally Eighties | Bring Back Love Male Vocal | Trk 13 | :60 |
| Like Totally Eighties | Do For You | Trk 14 | :60 |
| Like Totally Eighties | Move Up | Trk 15 | :60 |
| Like Totally Eighties | Out Of My Mind | Trk 16 | :60 |
| Like Totally Eighties | Run for Love Version 1 | Trk 17 | :60 |
| Like Totally Eighties | Run For Love Version 2 | Trk 18 | :60 |
| Like Totally Eighties | Song About Love | Trk 19 | :60 |
| Like Totally Eighties | Turn Your Loving | Trk 20 | :60 |
| Like Totally Eighties | Back Where You Belong | Trk 21 | :30 |
| Like Totally Eighties | Bring Back Love Instrumental | Trk 22 | :30 |
| Like Totally Eighties | Bring Back Love Male Vocal | Trk 23 | :30 |
| Like Totally Eighties | Do For You | Trk 24 | :30 |
| Like Totally Eighties | Move Up | Trk 25 | :30 |
| Like Totally Eighties | Out Of My Mind | Trk 26 | :30 |
| Like Totally Eighties | Run for Love Version 1 | Trk 27 | :30 |
| Like Totally Eighties | Run For Love Version 2 | Trk 28 | :30 |
| Like Totally Eighties | Song About Love | Trk 29 | :30 |
| Like Totally Eighties | Turn Your Loving | Trk 30 | :30 |

| | | | |
|---|---|---|---|
| Lounge Vol 2 | Unison | 1:01 | 3:05 |
| Lounge Vol 2 | Everlasting | 2:01 | 2:29 |
| Lounge Vol 2 | Trance Groove | 3:01 | 1:57 |
| Lounge Vol 2 | Obsidian | 4:01 | 1:51 |
| Lounge Vol 2 | Nightflight | 5:01 | 2:46 |
| Lounge Vol 2 | Silence | 6:01 | 2:40 |
| Lounge Vol 2 | Lounge Lizard | 7:01 | 2:52 |
| Lounge Vol 2 | Susi | 8:01 | 2:30 |
| Lounge Vol 2 | Crystal Liquid | 9:01 | 2:40 |
| Lounge Vol 2 | Ile de Groove | 10:01 | 2:42 |
| Lounge Vol 2 | Unison | 11:01 | 1:57 |
| Lounge Vol 2 | Everlasting | 12:01 | :60 |
| Lounge Vol 2 | Trance Groove | 13:01 | :60 |
| Lounge Vol 2 | Obsidian | 14:01 | :60 |
| Lounge Vol 2 | Nightflight | 15:01 | :60 |
| Lounge Vol 2 | Silence | 16:01 | :60 |
| Lounge Vol 2 | Lounge Lizard | 17:01 | :60 |
| Lounge Vol 2 | Susi | 18:01 | :60 |
| Lounge Vol 2 | Crystal Liquid | 19:01 | :60 |
| Lounge Vol 2 | Ile de Groove | 20:01 | :60 |
| Lounge Vol 2 | Unison | 21:01 | :30 |
| Lounge Vol 2 | Everlasting | 22:01 | :30 |
| Lounge Vol 2 | Trance Groove | 23:01 | :30 |
| Lounge Vol 2 | Obsidian | 24:01:00 | :30 |
| Lounge Vol 2 | Nightflight | 25:01:00 | :30 |
| Lounge Vol 2 | Silence | 26:01:00 | :30 |
| Lounge Vol 2 | Lounge Lizard | 27:01:00 | :30 |
| Lounge Vol 2 | Susi | 28:01:00 | :30 |
| Lounge Vol 2 | Crystal Liquid | 29:01:00 | :30 |
| Lounge Vol 2 | Ile de Groove | 30:01:00 | :30 |
| Lounge Vol 2 | Unison | 31:01:00 | :20 |
| Lounge Vol 2 | Everlasting | 32:01:00 | :20 |
| Lounge Vol 2 | Trance Groove | 33:01:00 | :20 |
| Lounge Vol 2 | Obsidian | 34:01:00 | :20 |
| Lounge Vol 2 | Nightflight | 35:01:00 | :20 |
| Lounge Vol 2 | Silence | 36:01:00 | :20 |
| Lounge Vol 2 | Lounge Lizard | 37:01:00 | :20 |
| Lounge Vol 2 | Susi | 38:01:00 | :20 |
| Lounge Vol 2 | Crystal Liquid | 39:01:00 | :20 |
| Lounge Vol 2 | Ile de Groove | 40:01:00 | :20 |
| Lounge Vol 2 | Unison | 41:01:00 | :10 |
| Lounge Vol 2 | Everlasting | 42:01:00 | :10 |
| Lounge Vol 2 | Trance Groove | 43:01:00 | :10 |
| Lounge Vol 2 | Obsidian | 44:01:00 | :10 |
| Lounge Vol 2 | Nightflight | 45:01:00 | :10 |
| Lounge Vol 2 | Silence | 46:01:00 | :10 |
| Lounge Vol 2 | Lounge Lizard | 47:01:00 | :10 |
| Lounge Vol 2 | Susi | 48:01:00 | :10 |
| Lounge Vol 2 | Crystal Liquid | 49:01:00 | :10 |
| Lounge Vol 2 | Ile de Groove | 50:01:00 | :10 |

| | | | | |
|---|---|---|---|---|
| Mark Cally Vol 1 | Abmiram | trk 1 | :58 | M |
| Mark Cally Vol 1 | Adagio | trk 2 | 5:52 | M |
| Mark Cally Vol 1 | Charlie | trk 3 | 2:38 | M |
| Mark Cally Vol 1 | Counting Sand | trk 4 | 2:01 | M |
| Mark Cally Vol 1 | If I Have The Baby | trk 5 | 1:54 | M |
| Mark Cally Vol 1 | Palms Of LA | trk 6 | 2:31 | M |
| Mark Cally Vol 1 | Saxy Theme | trk 7 | 1:45 | M |
| Mark Cally Vol 1 | Sponge Bath | trk 8 | 1:41 | M |
| Mark Cally Vol 1 | Jules | trk 9 | :57 | M |
| Mark Cally Vol 1 | Los Feliz | trk 10 | 1:12 | M |
| Mark Cally Vol 1 | Nital | trk 11 | :54 | M |
| Mark Cally Vol 1 | Notica | trk 12 | 1:08 | M |
| Mark Cally Vol 1 | Adagio | trk 13 | :60 | M |
| Mark Cally Vol 1 | Charlie | trk 14 | :60 | M |
| Mark Cally Vol 1 | Counting Sand | trk 15 | :60 | M |
| Mark Cally Vol 1 | If I Have The Baby | trk 16 | :60 | M |
| Mark Cally Vol 1 | Los Feliz | trk 17 | :60 | M |
| Mark Cally Vol 1 | Palms Of LA | trk 18 | :60 | M |
| Mark Cally Vol 1 | Saxy Theme | trk 19 | :60 | M |
| Mark Cally Vol 1 | Sponge Bath | trk 20 | :60 | M |
| Mark Cally Vol 1 | Abmiram | trk 21 | :30 | M |
| Mark Cally Vol 1 | Adagio | trk 22 | :30 | M |
| Mark Cally Vol 1 | Charlie | trk 23 | :30 | M |
| Mark Cally Vol 1 | Counting Sand | trk 24 | :30 | M |
| Mark Cally Vol 1 | If I Have The Baby | trk 25 | :30 | M |
| Mark Cally Vol 1 | Palms Of LA | trk 26 | :30 | M |
| Mark Cally Vol 1 | Saxy Theme | trk 27 | :30 | M |
| Mark Cally Vol 1 | Sponge Bath | trk 28 | :30 | M |
| Mark Cally Vol 1 | Jules | trk 29 | :30 | M |
| Mark Cally Vol 1 | Los Feliz | trk 30 | :30 | M |
| Mark Cally Vol 1 | Nital | trk 31 | :30 | M |
| Mark Cally Vol 1 | Notica | trk 32 | :30 | M |

| | | | | |
|---|---|---|---|---|
| Moods & Grooves Vol 1 | Casey's Crib | trk 1 | | 1:47 |
| Moods & Grooves Vol 1 | Cats In The Kitchen | trk 2 | | 1:05 |
| Moods & Grooves Vol 1 | Hommage A Trois | trk 3 | | 2:37 |
| Moods & Grooves Vol 1 | Later Equator | trk 4 | :26 | |
| Moods & Grooves Vol 1 | More Wine Darling | trk 5 | | 2:49 |
| Moods & Grooves Vol 1 | Now | trk 6 | | 5:50 |
| Moods & Grooves Vol 1 | Poodles And Rings | trk 7 | :58 | |
| Moods & Grooves Vol 1 | The Esteemed Professor | trk 8 | | 1:44 |
| Moods & Grooves Vol 1 | Up The Creek | trk 9 | | 3:12 |
| Moods & Grooves Vol 1 | Who's What | trk 10 | | 3:30 |
| Moods & Grooves Vol 1 | Casey's Crib | trk 11 | :60 | |
| Moods & Grooves Vol 1 | Cats In The Kitchen | trk 12 | :60 | |
| Moods & Grooves Vol 1 | Hommage A Trois | trk 13 | :60 | |
| Moods & Grooves Vol 1 | More Wine Darling | trk 14 | :60 | |
| Moods & Grooves Vol 1 | Now | trk 15 | :60 | |
| Moods & Grooves Vol 1 | The Esteemed Professor | trk 16 | :60 | |
| Moods & Grooves Vol 1 | Up The Creek | trk 17 | :60 | |
| Moods & Grooves Vol 1 | Who's What | trk 18 | :60 | |
| Moods & Grooves Vol 1 | Casey's Crib | trk 19 | :30 | |
| Moods & Grooves Vol 1 | Cats In The Kitchen | trk 20 | :30 | |
| Moods & Grooves Vol 1 | Hommage A Trois | trk 21 | :30 | |
| Moods & Grooves Vol 1 | More Wine Darling | trk 22 | :30 | |
| Moods & Grooves Vol 1 | Now | trk 23 | :30 | |
| Moods & Grooves Vol 1 | Poodles And Rings | trk 24 | :30 | |
| Moods & Grooves Vol 1 | The Esteemed Professor | trk 25 | :30 | |
| Moods & Grooves Vol 1 | Up The Creek | trk 26 | :30 | |

| | | | | |
|---|---|---|---|---|
| Moods & Grooves Vol 2 | Who's What | trk 27 | :30 | I |
| Moods & Grooves Vol 2 | All Of Me Loves You | trk 1 | | 1:27 I |
| Moods & Grooves Vol 2 | Anthem Of The Flame | trk 2 | | 1:04 I |
| Moods & Grooves Vol 2 | Blue Ridge Mountain Mist | trk 3 | | 4:31 I |
| Moods & Grooves Vol 2 | Confess Lounge | trk 4 | :30 | I |
| Moods & Grooves Vol 2 | Confess Swing | trk 5 | :30 | I |
| Moods & Grooves Vol 2 | Hurry Scurry | trk 6 | | 1:27 I |
| Moods & Grooves Vol 2 | If I Give Myself To You | trk 7 | | 4:27 I |
| Moods & Grooves Vol 2 | On Again Off Again | trk 8 | | 3:19 I |
| Moods & Grooves Vol 2 | Shes Warped Again | trk 9 | | 2:37 I |
| Moods & Grooves Vol 2 | Snakes On The Take | trk 10 | | 2:04 I |
| Moods & Grooves Vol 2 | Spouse In The House | trk 11 | | 3:22 I |
| Moods & Grooves Vol 2 | All Of Me Loves You | trk 12 | :60 | I |
| Moods & Grooves Vol 2 | Blue Ridge Mountain Mist | trk 13 | :60 | I |
| Moods & Grooves Vol 2 | Hurry Scurry | trk 14 | :60 | I |
| Moods & Grooves Vol 2 | On Again Off Again | trk 15 | :60 | I |
| Moods & Grooves Vol 2 | Shes Warped Again | trk 16 | :60 | I |
| Moods & Grooves Vol 2 | Snakes On The Take | trk 17 | :60 | I |
| Moods & Grooves Vol 2 | Spouse In The House | trk 18 | :60 | I |
| Moods & Grooves Vol 2 | All Of Me Loves You | trk 19 | :30 | I |
| Moods & Grooves Vol 2 | Anthem Of The Flame | trk 20 | :30 | I |
| Moods & Grooves Vol 2 | Blue Ridge Mountain Mist | trk 21 | :30 | I |
| Moods & Grooves Vol 2 | Hurry Scurry | trk 22 | :30 | I |
| Moods & Grooves Vol 2 | On Again Off Again | trk 23 | :30 | I |
| Moods & Grooves Vol 2 | Shes Warped Again | trk 24 | :30 | I |
| Moods & Grooves Vol 2 | Snakes On The Take | trk 25 | :30 | I |
| Moods & Grooves Vol 2 | Spouse In The House | trk 26 | :30 | I |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SR 374-911



EFFECTIVE DATE OF REGISTRATION

1 - 23 - 06
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
FREEPLAY MUSIC CORP. / DVD #4

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
SEE ATTACHED CONTINUATION SHEET

**2 NAME OF AUTHOR ▼**
a  FREEPLAY MUSIC CORP.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING & MUSIC

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003  ◀ Year  This information must be given ONLY if this work has been published.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ June  Day ▶ 1  Year ▶ 2003
United States of America  ◀ Nation

**4** a  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC CORP
1650 BROADWAY 1108
NY NY 10019

APPLICATION RECEIVED
JAN 2 3 2006
ONE DEPOSIT RECEIVED
JAN 2 3 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

b  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 6 pages

|  |  |
|---|---|
| EXAMINED BY | /76/ |
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | |

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

*Prepared by C.O. from informal continuation sheet.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                  Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent:  Name/Address/Apt/City/State/ZIP ▼

b  Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 Broadway, 1108
N.Y., N.Y. 10019
Area code and daytime telephone number 212-974-0548    Fax number 212-664-7737
Email scott@freeplaymusic.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Scott P. Schreer
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                                Date 1/5/06

Handwritten signature (x) ▼
X

**8**

Certificate will be mailed in window envelope to this address

Name ▼  FREEPLAY MUSIC CORP.
Number/Street/Apt ▼  1650 Broadway, 1108
City/State/ZIP ▼  N.Y. N.Y. 10019

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S E
Washington, D.C. 20559-6237

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ♻ Printed on recycled paper                                                  U.S. Government Printing Office: 2003-496-605/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application.
- Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Form **SR**/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-911**



VAU

DATE OF REGISTRATION

**1-23-06**
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
**JAN 2 3 2006**

Page **3** of **6** pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"**FREEPLAY MUSIC CORP./DVD #4**"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

**FREEPLAY MUSIC CORP.**

---

**B** Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):  ☑ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

CONTENT TITLES FOR:

"FREEPLAY MUSIC DVD / DVD #4"

1. GARY PHILLIPS Vol 2 (see attached)
2. GREG SMITH VOL 1 (see attached)
3. Hip Hop VOL 3 (see attached)
4. Hip Hop VOL 4 (see attached)
5. Hip Pop VOL 1 (see attached)
6. Hip Pop VOL 2 (see attached)
7. James Wilson VOL 1 (see attached)
8. Jams & Bands VOL 1 (see attached)

Certificate will be mailed in window envelope to this address:

Name ▼ FREEPLAY MUSIC CORP.
Number/Street/Apt ▼ 1650 BROADWAY, 1108
City/State/ZIP ▼ N.Y., NY 10019

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

September 2003 — 20,000   Web Rev. September 2003   ♻ Printed on recycled paper                                    U.S. Government Printing Office: 2003-496-605/60,034

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Hip Hop Vol 3 | Banging | trk 1 | |
| Hip-Pop Vol 1 | Another Day | trk 1 | Hip Hop Vol 3 | Big Time | trk 2 | |
| Hip-Pop Vol 1 | Attention Please | trk 2 | Hip Hop Vol 3 | Bling Bling | trk 3 | **C** |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 3 | Hip Hop Vol 3 | Creepin | trk 4 | |
| Hip-Pop Vol 1 | In Focus | trk 4 | Hip Hop Vol 3 | Pop It | trk 5 | Continuation |
| Hip-Pop Vol 1 | Last Dance | trk 5 | Hip Hop Vol 3 | Ready To Strike | trk 6 | of other |
| Hip-Pop Vol 1 | Never Let You Go | trk 6 | Hip Hop Vol 3 | Sit Tight | trk 7 | Spaces |
| Hip-Pop Vol 1 | Sly Stride | trk 7 | Hip Hop Vol 3 | Sky Slide | trk 8 | |
| Hip-Pop Vol 1 | Spanish Flower | trk 8 | Hip Hop Vol 3 | Where They At | trk 9 | |
| Hip-Pop Vol 1 | Watch Dog | trk 9 | Hip Hop Vol 3 | Banging | trk 10 | |
| Hip-Pop Vol 1 | Another Day | trk 10 | Hip Hop Vol 3 | Big Time | trk 11 | |
| Hip-Pop Vol 1 | Attention Please | trk 11 | Hip Hop Vol 3 | Bling Bling | trk 12 | |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 12 | Hip Hop Vol 3 | Creepin | trk 13 | |
| Hip-Pop Vol 1 | Last Dance | trk 13 | Hip Hop Vol 3 | Pop It | trk 14 | |
| Hip-Pop Vol 1 | Never Let You Go | trk 14 | Hip Hop Vol 3 | Ready To Strike | trk 15 | |
| Hip-Pop Vol 1 | Sly Stride | trk 15 | Hip Hop Vol 3 | Sit Tight | trk 16 | |
| Hip-Pop Vol 1 | Spanish Flower | trk 16 | Hip Hop Vol 3 | Sky Slide | trk 17 | |
| Hip-Pop Vol 1 | Watch Dog | trk 17 | Hip Hop Vol 3 | Where They At | trk 18 | |
| Hip-Pop Vol 1 | Another Day | trk 18 | 1141 Hip Hop Vol 4 | trk 1 | | Back Down |
| Hip-Pop Vol 1 | Attention Please | trk 19 | 1142 Hip Hop Vol 4 | trk 2 | | Big Poppa |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 20 | 1143 Hip Hop Vol 4 | trk 3 | | City Scape |
| Hip-Pop Vol 1 | In Focus | trk 21 | 1144 Hip Hop Vol 4 | trk 4 | | Fried Funk |
| Hip-Pop Vol 1 | Last Dance | trk 22 | 1145 Hip Hop Vol 4 | trk 5 | | Hit Man |
| Hip-Pop Vol 1 | Never Let You Go | trk 23 | 1146 Hip Hop Vol 4 | trk 6 | | Its On |
| Hip-Pop Vol 1 | Sly Stride | trk 24 | 1147 Hip Hop Vol 4 | trk 7 | | Let Me In |
| Hip-Pop Vol 1 | Spanish Flower | trk 25 | 1148 Hip Hop Vol 4 | trk 8 | | Mo Beats |
| Hip-Pop Vol 1 | Watch Dog | trk 26 | 1149 Hip Hop Vol 4 | trk 9 | | Show Down |
| Hip-Pop Vol 2 | About Time | trk 1 | 1151 Hip Hop Vol 4 | trk 10 | | Slow Your Roll |
| Hip-Pop Vol 2 | All Eyes On Me | trk 2 | 1152 Hip Hop Vol 4 | trk 11 | | Swerve On |
| Hip-Pop Vol 2 | Breakin | trk 3 | 1153 Hip Hop Vol 4 | trk 12 | | Back Down |
| Hip-Pop Vol 2 | Flip Side | trk 4 | 1154 Hip Hop Vol 4 | trk 13 | | Big Poppa |
| Hip-Pop Vol 2 | Hit Me Up | trk 5 | 1155 Hip Hop Vol 4 | trk 14 | | City Scape |
| Hip-Pop Vol 2 | Holla | trk 6 | 1156 Hip Hop Vol 4 | trk 15 | | Fried Funk |
| Hip-Pop Vol 2 | Mercy Beat | trk 7 | 1157 Hip Hop Vol 4 | trk 16 | | Hit Man |
| Hip-Pop Vol 2 | Sly Sneak | trk 8 | 1158 Hip Hop Vol 4 | trk 17 | | Its On |
| Hip-Pop Vol 2 | Street Beat | trk 9 | 1159 Hip Hop Vol 4 | trk 18 | | Let Me In |
| Hip-Pop Vol 2 | About Time | trk 10 | 1160 Hip Hop Vol 4 | trk 19 | | Mo Beats |
| Hip-Pop Vol 2 | All Eyes On Me | trk 11 | 1161 Hip Hop Vol 4 | trk 20 | | Show Down |
| Hip-Pop Vol 2 | Breakin | trk 12 | 1162 Hip Hop Vol 4 | trk 21 | | Slow Your Roll |
| Hip-Pop Vol 2 | Flip Side | trk 13 | 1163 Hip Hop Vol 4 | trk 22 | | Swerve On |
| Hip-Pop Vol 2 | Hit Me Up | trk 14 | 1164 Hip Hop Vol 4 | trk 23 | | Back Down |
| Hip-Pop Vol 2 | Holla | trk 15 | 1165 Hip Hop Vol 4 | trk 24 | | Big Poppa |
| Hip-Pop Vol 2 | Mercy Beat | trk 16 | 1166 Hip Hop Vol 4 | trk 25 | | City Scape |
| Hip-Pop Vol 2 | Sly Sneak | trk 17 | 1167 Hip Hop Vol 4 | trk 26 | | Fried Funk |
| Hip-Pop Vol 2 | Street Beat | trk 18 | 1168 Hip Hop Vol 4 | trk 27 | | Hit Man |
| Hip-Pop Vol 2 | About Time | trk 19 | 1169 Hip Hop Vol 4 | trk 28 | | Its On |
| Hip-Pop Vol 2 | All Eyes On Me | trk 20 | 1170 Hip Hop Vol 4 | trk 29 | | Let Me In |
| Hip-Pop Vol 2 | Breakin | trk 21 | 1171 Hip Hop Vol 4 | trk 30 | | Mo Beats |
| Hip-Pop Vol 2 | Flip Side | trk 22 | 1172 Hip Hop Vol 4 | trk 31 | | Show Down |
| Hip-Pop Vol 2 | Hit Me Up | trk 23 | 1173 Hip Hop Vol 4 | trk 32 | | Slow Your Roll |
| Hip-Pop Vol 2 | Holla | trk 24 | 1174 Hip Hop Vol 4 | trk 33 | | Swerve On |
| Hip-Pop Vol 2 | Mercy Beat | trk 25 | | | | |
| Hip-Pop Vol 2 | Sly Sneak | trk 26 | | | | |
| Hip-Pop Vol 2 | Street Beat | trk 27 | | | | |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:** Library of Congress, Copyright Office, 101 Independence Avenue, S E, Washington, D.C. 20559-6000

**D**

window envelope to this address: Number/Street/Apt ▼    City/State/ZIP ▼

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000