CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

| | | | | | |
|---|---|---|---|---|---|
| Greg Smith Vol 1 | Smooth | trk 1 | Gary Phillips Vol 2 | Countdown | trk 1 |
| Greg Smith Vol 1 | Bunny Food | trk 2 | Gary Phillips Vol 2 | Full Force | trk 2 |
| Greg Smith Vol 1 | Impaction | trk 3 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 3 |
| Greg Smith Vol 1 | Wonder Boy | trk 4 | Gary Phillips Vol 2 | Minds Eye | trk 4 |
| Greg Smith Vol 1 | Psychosirrus | trk 5 | Gary Phillips Vol 2 | Rat Boy | trk 5 |
| Greg Smith Vol 1 | Paralize | trk 6 | Gary Phillips Vol 2 | Southern Style | trk 6 |
| Greg Smith Vol 1 | Harpscape | trk 7 | Gary Phillips Vol 2 | Summer Dawn | trk 7 |
| Greg Smith Vol 1 | Temptress | trk 8 | Gary Phillips Vol 2 | The Race Is On | trk 8 |
| Greg Smith Vol 1 | Ambush | trk 9 | Gary Phillips Vol 2 | The Way I Feel | trk 9 |
| Greg Smith Vol 1 | Lone | trk 10 | Gary Phillips Vol 2 | Up All Night | trk 10 |
| Greg Smith Vol 1 | Smooth | trk 11 | Gary Phillips Vol 2 | Countdown | trk 11 |
| Greg Smith Vol 1 | Bunny Food | trk 12 | Gary Phillips Vol 2 | Full Force | trk 12 |
| Greg Smith Vol 1 | Impaction | trk 13 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 13 |
| Greg Smith Vol 1 | Psychosirrus | trk 14 | Gary Phillips Vol 2 | Minds Eye | trk 14 |
| Greg Smith Vol 1 | Paralize | trk 15 | Gary Phillips Vol 2 | Rat Boy | trk 15 |
| Greg Smith Vol 1 | Harpscape | trk 16 | Gary Phillips Vol 2 | Southern Style | trk 16 |
| Greg Smith Vol 1 | Ambush | trk 17 | Gary Phillips Vol 2 | Summer Dawn | trk 17 |
| Greg Smith Vol 1 | Lone | trk 18 | Gary Phillips Vol 2 | The Race Is On | trk 18 |
| Greg Smith Vol 1 | Smooth | trk 19 | Gary Phillips Vol 2 | The Way I Feel | trk 19 |
| Greg Smith Vol 1 | Bunny Food | trk 20 | Gary Phillips Vol 2 | Up All Night | trk 20 |
| Greg Smith Vol 1 | Impaction | trk 21 | Gary Phillips Vol 2 | Countdown | trk 21 |
| Greg Smith Vol 1 | Wonder Boy | trk 22 | Gary Phillips Vol 2 | Full Force | trk 22 |
| Greg Smith Vol 1 | Psychosirrus | trk 23 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 23 |
| Greg Smith Vol 1 | Paralize | trk 24 | Gary Phillips Vol 2 | Minds Eye | trk 24 |
| Greg Smith Vol 1 | Harpscape | trk 25 | Gary Phillips Vol 2 | Rat Boy | trk 25 |
| Greg Smith Vol 1 | Ambush | trk 26 | Gary Phillips Vol 2 | Southern Style | trk 26 |
| Greg Smith Vol 1 | Lone | trk 27 | Gary Phillips Vol 2 | Summer Dawn | trk 27 |
| | | | Gary Phillips Vol 2 | The Race Is On | trk 28 |
| | | | Gary Phillips Vol 2 | The Way I Feel | trk 29 |
| | | | Gary Phillips Vol 2 | Up All Night | trk 30 |

C
Continuation of other Spaces

| | | | | | |
|---|---|---|---|---|---|
| James Wilson Vol 1 | Cachaca Holiday | trk 1 | Jams & Bands Vol 1 | Attitude Booty | trk 1 |
| James Wilson Vol 1 | Kyrie | trk 2 | Jams & Bands Vol 1 | Dicks In Detention | trk 2 |
| James Wilson Vol 1 | Life On The Blues Side | trk 3 | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 3 |
| James Wilson Vol 1 | Moments Remembered | trk 4 | Jams & Bands Vol 1 | Middle School Mayhem | trk 4 |
| James Wilson Vol 1 | New Generation | trk 5 | Jams & Bands Vol 1 | Moms On A Mission | trk 5 |
| James Wilson Vol 1 | Necessary Risk | trk 6 | Jams & Bands Vol 1 | Nude In The Mood | trk 6 |
| James Wilson Vol 1 | Cachaca Holiday | trk 7 | Jams & Bands Vol 1 | Ride On Road Rats | trk 7 |
| James Wilson Vol 1 | Kyrie | trk 8 | Jams & Bands Vol 1 | Seduce Me | trk 8 |
| James Wilson Vol 1 | Life On The Blues Side | trk 9 | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 9 |
| James Wilson Vol 1 | Moments Remembered | trk 10 | Jams & Bands Vol 1 | Townies In The Tullies | trk 10 |
| James Wilson Vol 1 | New Generation | trk 11 | Jams & Bands Vol 1 | Attitude Booty | trk 11 |
| James Wilson Vol 1 | Necessary Risk | trk 12 | Jams & Bands Vol 1 | Dicks In Detention | trk 12 |
| James Wilson Vol 1 | Cachaca Holiday | trk 13 | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 13 |
| James Wilson Vol 1 | Kyrie | trk 14 | Jams & Bands Vol 1 | Middle School Mayhem | trk 14 |
| James Wilson Vol 1 | Life On The Blues Side | trk 15 | Jams & Bands Vol 1 | Moms On A Mission | trk 15 |
| James Wilson Vol 1 | Moments Remembered | trk 16 | Jams & Bands Vol 1 | Nude In The Mood | trk 16 |
| James Wilson Vol 1 | New Generation | trk 17 | Jams & Bands Vol 1 | Ride On Road Rats | trk 17 |
| James Wilson Vol 1 | Necessary Risk | trk 18 | Jams & Bands Vol 1 | Seduce Me | trk 18 |
| | | | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 19 |
| | | | Jams & Bands Vol 1 | Townies In The Tullies | trk 20 |
| | | | Jams & Bands Vol 1 | Attitude Booty | trk 21 |
| | | | Jams & Bands Vol 1 | Dicks In Detention | trk 22 |
| | | | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 23 |
| | | | Jams & Bands Vol 1 | Middle School Mayhem | trk 24 |
| | | | Jams & Bands Vol 1 | Moms On A Mission | trk 25 |
| | | | Jams & Bands Vol 1 | Nude In The Mood | trk 26 |
| | | | Jams & Bands Vol 1 | Ride On Road Rats | trk 27 |
| | | | Jams & Bands Vol 1 | Seduce Me | trk 28 |
| | | | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 29 |
| | | | Jams & Bands Vol 1 | Townies In The Tullies | trk 30 |

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-912**

≡SR0000374912≡

EFFECTIVE DATE OF REGISTRATION

1-23-06

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

FREEPLAY MUSIC CORP / DVD # 3

**PREVIOUS, ALTERNATIVE, OR (CONTENTS TITLES) (CIRCLE ONE) ▼**

SEE ATTACHED CONTINUATION SHEET

## 2
**NAME OF AUTHOR ▼**

a    FREEPLAY MUSIC CORP

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
*Sound recording and music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 ◀ Year In all cases.
This information must be given.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6    Day ▶ 16    Year ▶ 2003
United States of America ◀ Nation

## 4
a **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP.
1650 Broadway, 1108
New York, N.Y. 10019

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

b

See instructions before completing this space

**APPLICATION RECEIVED**
JAN 2 3 2006
**ONE DEPOSIT RECEIVED**
JAN 2 3 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 6 pages

\*Amended by C.O. Authority phone call to
Scott Schreer on 3/21/06.

\*\*Prepared by C.O. from informal continuation sheet.

| | |
|---|---|
| EXAMINED BY | *06* |
| CHECKED BY | |
| CORRESPONDENCE □ Yes | |

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This work was previously registered in unpublished form and now has been published for the first time.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b
Scott P. Schreer.
FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
N.Y. N.Y. 10019

Area code and daytime telephone number  212-974-0548        Fax number 212 664 7737
Email  Mailto  scott@freeplaymusic.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼

□ author                    □ owner of exclusive right(s)
□ other copyright claimant  ☑ authorized agent of  Scott P. Schreer
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                              Date  1/5/06

Handwritten signature (x) ▼
X

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼ FREEPLAY MUSIC CORP |
| | Number/Street/Apt ▼ 1650 Broadway, 1108 |
| | City/State/ZIP ▼ N.y. N.Y. 10019 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000  Web Rev July 2003  ♲ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Ⓒ Form ___SR___/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 374-912

VAU

EFFECTIVE DATE OF REGISTRATION

1 -23- 06

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

JAN 2 3 2006

Page __3__ of __6__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)



"FREEPLAY MUSIC CORP./DVD #3"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ❑ Space 1    ❑ Space 4    ❑ Space 6

**C**

Continuation
of other
Spaces

| | | | | | | |
|---|---|---|---|---|---|---|
| Electro-Rock Overdrive Vol 2 | Anatak | trk 1 | | | | |
| Electro-Rock Overdrive Vol 2 | Answers | trk 2 | | | | |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 3 | Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 1 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 4 | Electro-Rock Overdrive Vol 3 | Endless | Trk 2 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 5 | Electro-Rock Overdrive Vol 3 | Essental | Trk 3 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 6 | Electro-Rock Overdrive Vol 3 | Eternal | Trk 4 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 7 | Electro-Rock Overdrive Vol 3 | Metro | Trk 5 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 8 | Electro-Rock Overdrive Vol 3 | Resilient | Trk 6 |
| Electro-Rock Overdrive Vol 2 | Anatak | trk 9 | Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 7 |
| Electro-Rock Overdrive Vol 2 | Answers | trk 10 | Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 8 |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 11 | Electro-Rock Overdrive Vol 3 | Endless | Trk 9 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 12 | Electro-Rock Overdrive Vol 3 | Essental | Trk 10 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 13 | Electro-Rock Overdrive Vol 3 | Eternal | Trk 11 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 14 | Electro-Rock Overdrive Vol 3 | Metro | Trk 12 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 15 | Electro-Rock Overdrive Vol 3 | Resilient | Trk 13 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 16 | Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 14 |
| Electro-Rock Overdrive Vol 2 | Anatak | trk 17 | Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 15 |
| Electro-Rock Overdrive Vol 2 | Answers | trk 18 | Electro-Rock Overdrive Vol 3 | Endless | Trk 16 |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 19 | Electro-Rock Overdrive Vol 3 | Essental | Trk 17 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 20 | Electro-Rock Overdrive Vol 3 | Eternal | Trk 18 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 21 | Electro-Rock Overdrive Vol 3 | Metro | Trk 19 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 22 | Electro-Rock Overdrive Vol 3 | Resilient | Trk 20 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 23 | Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 21 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 24 | | | |

| | | |
|---|---|---|
| Etheral Movements V | Before We Part | trk 1 |
| Etheral Movements V | Bug Juice | trk 2 |
| Etheral Movements V | Cool Glider | trk 3 |
| Etheral Movements V | Electro Pastoral | trk 4 |
| Etheral Movements V | Evolution Ether | trk 5 |
| Etheral Movements V | Evolution Returns | trk 6 |
| Etheral Movements V | Halcyon Sunrises | trk 7 |
| Etheral Movements V | Higher Planes | trk 8 |
| Etheral Movements V | Martian Bayou | trk 9 |
| Etheral Movements V | Quiet Corner | trk 10 |
| Etheral Movements V | Right In Time | trk 11 |
| Etheral Movements V | Sidewalking | trk 12 |
| Etheral Movements V | Slowly Surrender | trk 13 |
| Etheral Movements V | Winding Winds | trk 14 |
| Etheral Movements V | Before We Part | trk 15 |
| Etheral Movements V | Bug Juice | trk 16 |
| Etheral Movements V | Cool Glider | trk 17 |
| Etheral Movements V | Electro Pastoral | trk 18 |
| Etheral Movements V | Evolution Ether | trk 19 |
| Etheral Movements V | Halcyon Sunrises | trk 20 |
| Etheral Movements V | Higher Planes | trk 21 |
| Etheral Movements V | Quiet Corner | trk 22 |
| Etheral Movements V | Right In Time | trk 23 |
| Etheral Movements V | Sidewalking | trk 24 |
| Etheral Movements V | Slowly Surrender | trk 25 |
| Etheral Movements V | Winding Winds | trk 26 |
| Etheral Movements V | Before We Part | trk 27 |
| Etheral Movements V | Bug Juice | trk 28 |
| Etheral Movements V | Cool Glider | trk 29 |
| Etheral Movements V | Electro Pastoral | trk 30 |
| Etheral Movements V | Evolution Ether | trk 31 |
| Etheral Movements V | Halcyon Sunrises | trk 32 |
| Etheral Movements V | Higher Planes | trk 33 |
| Etheral Movements V | Martian Bayou | trk 34 |
| Etheral Movements V | Quiet Corner | trk 35 |
| Etheral Movements V | Right In Time | trk 36 |
| Etheral Movements V | Sidewalking | trk 37 |
| Etheral Movements V | Slowly Surrender | trk 38 |
| Etheral Movements V | Winding Winds | trk 39 |

| | |
|---|---|
| Five Second Logos Vol 1 | Logo 1 |
| Five Second Logos Vol 1 | Logo 2 |
| Five Second Logos Vol 1 | Logo 3 |
| Five Second Logos Vol 1 | Logo 4 |
| Five Second Logos Vol 1 | Logo 5 |

| | |
|---|---|
| Gary Philips Vol 1 | Blind Date |
| Gary Philips Vol 1 | Chances |
| Gary Philips Vol 1 | Dark And Stormy |
| Gary Philips Vol 1 | Down To Size |
| Gary Philips Vol 1 | Feel Good |
| Gary Philips Vol 1 | Final Cut |
| Gary Philips Vol 1 | Going Gone |
| Gary Philips Vol 1 | Gotta Get It Right |
| Gary Philips Vol 1 | Hopefully |
| Gary Philips Vol 1 | Keep It |
| Gary Philips Vol 1 | Keep On |
| Gary Philips Vol 1 | Ki |
| Gary Philips Vol 1 | Punk Life |
| Gary Philips Vol 1 | Round Again |
| Gary Philips Vol 1 | Sliding Home |
| Gary Philips Vol 1 | Speed Racer |
| Gary Philips Vol 1 | Things We Said |
| Gary Philips Vol 1 | This Time |
| Gary Philips Vol 1 | Time Pilot |
| Gary Philips Vol 1 | Why Up |
| Gary Philips Vol 1 | You Don't Know |
| Gary Philips Vol 1 | Bass Drum |

**D**

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D.C. 20559-6000



Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

Rev. July 2002—20,000    Web Rev. July 2002    ♻ Printed on recycled paper

U.S. Government Printing Office: 2002-491-423/60 007

CONTINUATION OF (Check which):  ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

| | | | | | | |
|---|---|---|---|---|---|---|
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 1 | Drama Vol 2 | Around The Corner | Track 1 | |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 2 | Drama Vol 2 | Bipolar | Track 2 | |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 3 | Drama Vol 2 | Check Mate | Track 3 | |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 4 | Drama Vol 2 | Drastic Measures | Track 4 | |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 5 | Drama Vol 2 | Fang | Track 5 | |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 6 | Drama Vol 2 | Farewell | Track 6 | |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 7 | Drama Vol 2 | Gates To Addis | Track 7 | |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 8 | Drama Vol 2 | Mountains | Track 8 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 9 | Drama Vol 2 | Steadfast | Track 9 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 10 | Drama Vol 2 | The Fortuneteller | Track 10 | |
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 11 | Drama Vol 2 | Around The Corner | Track 11 | |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 12 | Drama Vol 2 | Bipolar | Track 12 | |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 13 | Drama Vol 2 | Check Mate | Track 13 | |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 14 | Drama Vol 2 | Drastic Measures | Track 14 | |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 15 | Drama Vol 2 | Fang | Track 15 | |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 16 | Drama Vol 2 | Farewell | Track 16 | |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 17 | Drama Vol 2 | Gates To Addis | Track 17 | |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 18 | Drama Vol 2 | Mountains | Track 18 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 19 | Drama Vol 2 | Steadfast | Track 19 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 20 | Drama Vol 2 | The Fortuneteller | Track 20 | |
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 21 | Drama Vol 2 | Around The Corner | Track 21 | |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 22 | Drama Vol 2 | Bipolar | Track 22 | |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 23 | Drama Vol 2 | Check Mate | Track 23 | |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 24 | Drama Vol 2 | Drastic Measures | Track 24 | |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 25 | Drama Vol 2 | Fang | Track 25 | |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 26 | Drama Vol 2 | Farewell | Track 26 | |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 27 | Drama Vol 2 | Gates To Addis | Track 27 | |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 28 | Drama Vol 2 | Mountains | Track 28 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 29 | Drama Vol 2 | Steadfast | Track 29 | |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 30 | Drama Vol 2 | The Fortuneteller | Track 30 | |
| | | | Drama Vol 2 | Around The Corner | Track 31 | |
| Electro-Rock Overdrive Vol 1 | Decimator | trk 1 | Drama Vol 2 | Bipolar | Track 32 | |
| Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 2 | Drama Vol 2 | Check Mate | Track 33 | |
| Electro-Rock Overdrive Vol 1 | Energy | trk 3 | Drama Vol 2 | Drastic Measures | Track 34 | |
| Electro-Rock Overdrive Vol 1 | Feed | trk 4 | Drama Vol 2 | Fang | Track 35 | |
| Electro-Rock Overdrive Vol 1 | Glow | trk 5 | Drama Vol 2 | Farewell | Track 36 | |
| Electro-Rock Overdrive Vol 1 | Jump | trk 6 | Drama Vol 2 | Gates To Addis | Track 37 | |
| Electro-Rock Overdrive Vol 1 | Rave | trk 7 | Drama Vol 2 | Mountains | Track 38 | |
| Electro-Rock Overdrive Vol 1 | Scare | trk 8 | Drama Vol 2 | Steadfast | Track 39 | |
| Electro-Rock Overdrive Vol 1 | Seventies | trk 9 | Drama Vol 2 | The Fortuneteller | Track 40 | |
| Electro-Rock Overdrive Vol 1 | Silver | trk 10 | Electro-Rock Overdrive Vol 1 | Thrash | trk 22 | |
| Electro-Rock Overdrive Vol 1 | Thrash | trk 11 | Electro-Rock Overdrive Vol 1 | Decimator | trk 23 | |
| Electro-Rock Overdrive Vol 1 | Decimator | trk 12 | Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 24 | |
| Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 13 | Electro-Rock Overdrive Vol 1 | Energy | trk 25 | |
| Electro-Rock Overdrive Vol 1 | Energy | trk 14 | Electro-Rock Overdrive Vol 1 | Feed | trk 26 | |
| Electro-Rock Overdrive Vol 1 | Feed | trk 15 | Electro-Rock Overdrive Vol 1 | Glow | trk 27 | |
| Electro-Rock Overdrive Vol 1 | Glow | trk 16 | Electro-Rock Overdrive Vol 1 | Jump | trk 28 | |
| Electro-Rock Overdrive Vol 1 | Jump | trk 17 | Electro-Rock Overdrive Vol 1 | Rave | trk 29 | |
| Electro-Rock Overdrive Vol 1 | Rave | trk 18 | Electro-Rock Overdrive Vol 1 | Scare | trk 30 | |
| Electro-Rock Overdrive Vol 1 | Scare | trk 19 | Electro-Rock Overdrive Vol 1 | Seventies | trk 31 | |
| Electro-Rock Overdrive Vol 1 | Seventies | trk 20 | Electro-Rock Overdrive Vol 1 | Silver | trk 32 | |
| Electro-Rock Overdrive Vol 1 | Silver | trk 21 | Electro-Rock Overdrive Vol 1 | Thrash | trk 33 | |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E
Washington, D C 20559-6000

**D**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office; or call
(202) 707-3000

**CONTINUATION OF** (Check which):    ☑ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

Content titles for:

"FREEPLAY MUSIC CORP / DVD #3"

1. DELUXE Rhythm & BLUES VOL 1 (see attached)
2. DRAMA VOL 1 (see attached)
3. ELECTRO ROCK OVERDRIVE VOL 1 (see attached)
4. ELECTRO ROCK OVERDRIVE VOL 2 (see attached)
5. ELECTRO ROCK OVERDRIVE VOL 3 (see attached)
6. Ethereal Movements (see attached)
7. 5 Second Jogos Vol 1 (see attached)
8. GARY Phillips Vol 1 (see attached)

Certificate will be mailed in window envelope to this address:

Name ▼ FREEPLAY MUSIC CORP.

Number/Street/Apt ▼ 1650 BROADWAY, 1108

City/State/ZIP ▼ N.Y. NY 10019

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material
**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D C. 20559-6000

**D**

Fees are subject to change
For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

September 2003 — 20,000   Web Rev September 2003   ♻ Printed on recycled paper

U S. Government Printing Office: 2003-496-605/60,034

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REF

**SR 333-636**

‖‖‖‖‖‖‖‖‖‖‖‖‖

**EFFECTIVE DATE OF REGISTRATION**

7 / 31 / 03

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

BUSINESS & FINANCE VOLUME 1

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

**2** **NAME OF AUTHOR ▼**

**a** FREEPLAY MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JAN.   Day ▶ 1   Year ▶ 2001
UNITED STATES OF AMERICA ◀ Nation

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC INC,
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

APPLICATION RECEIVED
JUL 3 1 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 3 1 2003

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM SR /CON**

UNITED STATES COPYRIGHT OFFICE

SR 333-636

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

7    31    03

(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

JUL 3 1 2003

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
*Identification of Application*

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  BUSINESS & FINANCE VOLUME 1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  FREEPLAY MUSIC, INC.

---

## B
*Continuation of Space 2*

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

■ FORM SR /CON

STATES COPYRIGHT OFFICE

SR 333-636

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

7  31  03

(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

JUL 31 2003

Page ___3___ of ___4___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

BUSINESS & FINANCE VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC.

**B** Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| SR | SRU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

BUSINESS & FINANCE VOLUME 1

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

**2** NAME OF AUTHOR ▼

a. FREEPLAY MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

a. 2001 ◀ Year In all cases. This information must be given

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JAN. Day ▶ 1 Year ▶ 2001
UNITED STATES OF AMERICA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

a. FREEPLAY MUSIC INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

b.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM SR |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>❏ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

❏ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ❏ This work was previously registered in unpublished form and now has been published for the first time.

b. ❏ This is the first application submitted by this author as copyright claimant.

c. ❏ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See Instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

b  SCOTT P. SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

Area code and daytime telephone number 212-974-0548        Fax number 212-664-7737

Email SCOTT@FREEPLAYMUSIC.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

❏ author        ❏ owner of exclusive right(s)

❏ other copyright claimant    ☒ authorized agent of _SCOTT P. SCHREER_

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT P. SCHREER        Date JULY 22, 2003

Handwritten signature (x) ▼

X _____

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>FREEPLAY MUSIC, INC. |
|---|---|
| | Number/Street/Apt ▼<br>1650 BROADWAY, SUITE 1108 |
| | City/State/ZIP ▼<br>NEW YORK, NY 10019-6833 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

CONTINUATION OF (Check which):   ☒ Space 1     ☐ Space 4     ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"BUSINESS & FINANCE VOLUME 1"

1) TRADING PLACES

2) MORNING SUNRISE

3) THE EDGE

4) THE BUSINESS OF AMERICA

5) MORE AND MORE

6) METRIC TREND

7) FROM THE SKY

8) BUM TICKER

9) TICKER SHOCK

10) CONNECTED

---

| Certificate will be mailed in window envelope to this address: | Name ▼ FREEPLAY MUSIC, INC. <br> Number/Street/Apt ▼ 1650 BROADWAY, SUITE 1108 <br> City/State/ZIP ▼ NEW YORK, NY 10019-6833 | YOU MUST: <br> • Complete all necessary spaces <br> • Sign your application <br> SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: <br> 1. Application form <br> 2. Nonrefundable fee in check or money order payable to Register of Copyrights <br> 3. Deposit Material <br> MAIL TO: <br> Library of Congress, Copyright Office <br> 101 Independence Avenue, S.E. <br> Washington, D.C. 20559-6000 | **D** <br> Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

R    SR 335-719


R000033571

EFFECTIVE DATE OF REGISTRATION

7    31    2003
Month    Day    Y

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

POP VOLUME 1

PREVIOUS ALTERNATIVE OR (CONTENTS TITLES) (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

**2**

**a** NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA.
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING AND MUSIC

**NOTE**

Under the law the author of a "work made for hire is generally the employer not the employee (see instruc tions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire ?
☐ Yes    ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2001    ◀ Year    This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published

Month ▶ JAN.    Day ▶ 1    Year ▶ 2001
UNITED STATES OF AMERICA    ◀ Nation

**4**

See instructions before completing this space.

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

JUL 31 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 9) on the  ve  id  of this pag
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

☑FORM *SR*/CON

SR 335-719

PA|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

7     31     2003
(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED

7     31     2003

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR TX and VA, only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**

Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

POP VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

**B**

Continuation
of Space 2

**d** ___NAME OF AUTHOR ▼___

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☐ No | OR { Citizen of ▶ _____ / Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No / Pseudonymous? ☐ Yes ☐ No  *If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** ___NAME OF AUTHOR ▼___

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire ? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☐ No | OR { Citizen of ▶ _____ / Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No / Pseudonymous? ☐ Yes ☐ No  *If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** ___NAME OF AUTHOR ▼___

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire ? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☐ No | OR { Citizen of ▶ _____ / Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No / Pseudonymous? ☐ Yes ☐ No  *If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX, or VA.*

| | |
|---|---|
| EXAMINED BY _____ | FORM SR |
| CHECKED BY _____ | |
| CORRESPONDENCE<br>❏ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

❏ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ❏ This work was previously registered in unpublished form and now has been published for the first time.

b. ❏ This is the first application submitted by this author as copyright claimant.

c. ❏ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**a**

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

**b**  SCOTT P. SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212-974-0548          Fax number 212-664-7737
Email SCOTT@FREEPLAYMUSIC.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

❏ author                    ❏ owner of exclusive right(s)
❏ other copyright claimant   ☒ authorized agent of ___SCOTT P. SCHREER___
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT P. SCHREER                                    Date JULY 22 '03

Handwritten signature (X) ▼
X _____

| | | |
|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>FREEPLAY MUSIC, INC.<br>Number/Street/Apt ▼<br>1650 BROADWAY, SUITE 1108<br>City/State/ZIP ▼<br>NEW YORK, NY 10019-6833 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS**<br>**IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>  order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Ⓔ FORM _____ /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

_____   _____   _____
(Month)           (Day)           (Year)
CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
### Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

POP VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC.

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):   ☒ Space 1   ☐ Space 4   ☐ Space 6

CONTENTS TITLES FOR "POP VOLUME 1"

**C**
Continuation
of other
Spaces

1) BAD BAD BOY

2) BIG TOP

3) ALWAYS BE THERE

4) ALLEY KAT

5) OCTOBER SUNSET

6) FLASH

7) TOLD YOU SO

8) LOVING YOU

9) HARD TO HOLD

10) FOREVER

Certificate will be mailed in window envelope to this address:

Name ▼
FREEPLAY MUSIC, INC.

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY   10019-6833

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-0000

**D**