A 6



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 362-469**

SR00000362469

EFFECTIVE DATE OF REGISTRATION

| Month 7 | Day 31 | Year 03 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
JUST THE WEATHER VOLUME 1

PREVIOUS, ALTERNATIVE OR (CONTENTS TITLES) (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

**2**
**a** NAME OF AUTHOR ▼
FREEPLAY MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JAN   Day ▶ 1   Year ▶ 2001
UNITED STATES OF AMERICA ◀ Nation

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY  ___ | FORM SR |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼

**b** SCOTT P. SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

Area code and daytime telephone number 212-974-0548

Fax number 212-664-7737

Email SCOTT@FREEPLAYMUSIC.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☒ authorized agent of SCOTT P. SCHREER

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

☐ owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT P. SCHREER          Date JULY 22, 2003

Handwritten signature (x) ▼

X _____

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>FREEPLAY MUSIC, INC. | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>1650 BROADWAY, SUITE 1108 | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material | |
| | City/State/ZIP ▼<br>NEW YORK, NY 10019-6833 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is not applicable to Short Forms.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM SR /CON**

SR 362-469

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

(Month) 7 (Day) 31 (Year) 03

CONTINUATION SHEET RECEIVED

JUL 31 2003

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JUST THE WEATHER VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC.

---

## B
**Continuation of Space 2**

### d

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):   ☒ Space 1   ☐ Space 4   ☐ Space 6

## CONTENTS TITLES FOR

### "JUST THE WEATHER VOLUME 1"

1) FLOATER

2) SMOOTH SAILING

3) IN YOUR HEART

4) OVER YOU

5) BREEZY AND MILD

6) SEVENTH AVENUE SOUTH

7) ONE RAINY NIGHT

8) BRIGHTEN UP

9) SPRING TO SUMMER

10) DRIFTWOOD

**C**
Continuation
of other
Spaces

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FREEPLAY MUSIC, INC.

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY  10019-6833

**D**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 337-057



SR0000337057

EFFECTIVE DATE OF REGISTRATION

AUG 0 4 2003

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

COUNTRY VOLUME 1

PREVIOUS ALTERNATIVE OR (CONTENTS TITLES) (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

**2**

a  NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING AND MUSIC

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

c  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2001
This information must be given in all cases

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ JAN.  Day ▶ 1  Year ▶ 2001
UNITED STATES OF AMERICA  ◀ Nation

**4**

a  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space

b  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG - 4 2003
ONE DEPOSIT RECEIVED
AUG - 4 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY _____    **FORM SR**

CHECKED BY _____

CORRESPONDENCE _____    FOR
□ Yes                                        COPYRIGHT
                                             OFFICE
                                             USE
                                             ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a □ This work was previously registered in unpublished form and now has been published for the first time

b □ This is the first application submitted by this author as copyright claimant

c □ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a** Name ▼ _____    Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b** SCOTT P SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212-974 0548    Fax number 212 664 7737
Email SCOTT @FREEPLAYMUSIC COM

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▼

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of  SCOTT P. SCHREER
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

SCOTT P SCHREER    Date 07/22/03

Handwritten signature (X) ▼
X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C 20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2003—20 000  Web Rev June 2002  ⊗ Printed on recycled paper    U S  Government Printing Office  2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM _SR_ /CON

UNITED STATES COPYRIGHT OFFICE

R|  SR 337 - 057

SR0000337057

- This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR, TX and VA, only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application
Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA PAU SE SEG SEU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

AUG 0 4 2003

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

AUG 0 4 2003

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

COUNTRY   VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY  MUSIC, INC

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OP (Check which)   ☒ Space 1   ☐ Space 4   ☐ Space 6

CONTENTS TITLES FOR   "COUNTRY VOLUME 1"

1) IF IT TAKES ALL NIGHT

2) PICKIN FOOL

3) CORN LIQUOR

4) CAT BRIAR ROAD
5) KICK IT
6) SWING ON DOWN

7) COUNTIN ON YOU

8) CRY A RIVER

9) MY DOG BLUE

10) CUTTIN LOOSE

**C**
Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY  10019-6833

**D**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTR TI N     ER

**SR 337–221**



EFFECTIVE DATE OF REGISTRATION

7    31    03
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 1

TITLE OF THIS WORK ▼

**SPORTS HIGHLIGHTS VOLUME 3**

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

**SEE CONTINUATION SHEET**

## 2

**a** NAME OF AUTHOR ▼

**FREEPLAY MUSIC, INC**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **U.S.A.**
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is 'Yes' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**SOUND RECORDING AND MUSIC**

**NOTE**

Under the law the author of a 'work made for hire is generally the employer not the employee (see Instructions) For any part of this work that was made for hire check 'Yes in the space provided give the employer (or other person for whom the work was prepared) as 'Author of that part and leaves the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
**2001** ◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ **JAN**    Day ▶ **1**    Year ▶ **2001**
**UNITED STATES OF AMERICA** ◀ Nation

## 4

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**FREEPLAY MUSIC INC**
**1650 BROADWAY, SUITE 1108**
**NEW YORK, NY 10019-6833**

See instructions b fore completing this space

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 3 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JUL 3 1 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 6) on the reverse side of th pag
S e detailed instructions    Sign the form l ine 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY *KS*

CHECKED BY

CORRESPONDENCE
□ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ☒ No  If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼
a □ This work was previously registered in unpublished form and now has been published for the first time
b □ This is the first application submitted by this author as copyright claimant
c □ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
a    Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
b  SCOTT P SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212 974 0548      Fax number 212 664 7737
Email SCOTT @ FREEPLAYMUSIC COM

**CERTIFICATION**  I, the undersigned hereby certify that I am the
Check only one ▼
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of  SCOTT P. SCHREER
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
SCOTT P. SCHREER              Date JULY 22, 2003

Handwritten signature (x) ▼
X

Certificate will be mailed in window envelope to this address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**9**

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ® Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

● This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR, TX and VA, only Indicate which basic form you are continuing in the space in the upper right hand corner

● If at all possible try to fit the information called for into the spaces provided on the basic form.

● If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form

● If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.

● Space A of this sheet is intended to identify the basic application
Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM SR /CON
UNITED STATES COPYRIGHT OFFICE

SR 337-221

◆PA◆PAU◆SE◆SEU◆SR◆SRU◆TX◆TXU◆VA◆VAU

EFFECTIVE DATE OF REGISTRATION

7      31      03
(Month)    (Day)      (Year)

CONTINUATION SHEET RECEIVED

JUL 3 1 2003

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

● TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

SPORTS HIGHLIGHTS VOLUME 3

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which)  ☒ Space 1  ☐ Space 4  ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"SPORTS HIGHLIGHTS VOLUME 3"

1) SEVEN AND SEVEN

2) NOW

3) MACH 77

4) YOU TOO AS WELL

5) TECHNOTIC

6) GROOVATIOUS

7) CHANGE THIS

8) BUZZ

9) SURE VICTORY

10) MOVING OUT

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**D**

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 334-609**

EFFECTIVE DATE OF REGISTRATION

7    31    2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
LOUNGE    VOLUME 1

PREVIOUS, ALTERNATIVE, OR (CONTENTS TITLES) (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

---

**2**
**a**
**NAME OF AUTHOR ▼**
FREEPLAY MUSIC, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 ◀ Year
This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JAN.   Day ▶ 1   Year ▶ 2001
UNITED STATES OF AMERICA ◀ Nation

---

**4**
**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space.

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY ~~~~~

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b
SCOTT P. SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6823
Area code and daytime telephone number 212-974-0548          Fax number 212-664-7737
Email SCOTT@FREEPLAYMUSIC.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

**8**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  SCOTT P. SCHREER
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT P. SCHREER          Date 7/22/03

          Handwritten signature (X) ▼
X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC.
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

These are
subject to
change. For current
fees, check
the Copyright
Office
website at
www.copyright.gov
or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

☑ FORM *SR* /CON

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 334-609**

EFFECTIVE DATE OF REGISTRATION

7    31    2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

7    31    2003

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**   Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

LOUNGE VOLUME 1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC.

---

**B**   Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR  "LOUNGE VOLUME 1"

1) AISLE NINE PLEASE
2) SHOPPING SPREE
3) PENTHOUSE FOR TWO
4) LA CHA CHA
5) ROMBA CHICKI
6) SWINGTIME
7) QUEBERTS CANASTA
8) THIRD FLOOR LINGERIE
9) BACK AT MY PLACE
10) FLOOR SAMPLE

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FREEPLAY MUSIC, INC.
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY   10019-6833

**D**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

R    SR 336-994

P0008336994

EFFECTIVE DATE OF REGISTRATION

Month 7   Day 31   Year 03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼
RETAIL VOLUME 1

PREVIOUS ALTERNATIVE OR (CONTENTS TITLES)(CIRCLE ONE) ▼
SEE CONTINUATION SHEET

**2**

**a** NAME OF AUTHOR ▼
FREEPLAY MUSIC, INC

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
This information must be given Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month JAN   Day 1   Year 2001
UNITED STATES OF AMERICA   ◀ Nation

**4**

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | _DB1_ | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>□ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

□ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a □ This work was previously registered in unpublished form and now has been published for the first time

b □ This is the first application submitted by this author as copyright claimant

c □ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
  Name ▼                                                  Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name / Address / Apt / City / State / ZIP ▼

**b**  SCOTT P SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212-974 0548           Fax number 212 664 7737
Email SCOTT@FREEPLAYMUSIC COM

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of  SCOTT P. SCHREER

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

SCOTT P SCHREER                                          Date JULY 22, 2003

Handwritten signature (x) ▼

X

**CERTIFICATE**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

Fees are subject to
change  For current
fees  check the
Copyright Office
website at
www.copyright.gov
write the Copyright
Office  or call
(202) 707-3000.

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper                                    U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA, only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** SR /CON
UNITED STATES COPYRIGHT OFFICE

REGI **SR 336-994**

SR000033 994

PA PA

EFFECTIVE DATE OF REGISTRATION

(Month) 7 (Day) 31 (Year) 03

CONTINUATION SHEET RECEIVED
JUL 31 2003

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

RETAIL VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

---

## B
Continuation of Space 2

### d

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼      Year Died▼

Was this contribution to the work a work made for hire"?    **AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### e

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼      Year Died▼

Was this contribution to the work a work made for hire ?    **AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### f

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼      Year Died▼

Was this contribution to the work a work made for hire ?    **AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which)    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"RETAIL VOLUME 1"

1) FIFTH AVENUE STROLL

2) ENDLESS MOTION

3) HOPE ALIVE

4) RESOURCE

5) CARMEL LATTE

6) ASSURED

7) ATTENTION SHOPPERS

8) BOXING DAY

9) TOUCHTONE

10) WITH YOU

Certificate will be mailed in window envelope to this address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY  10019-6833

**YOU MUST**
Complete all necessary spaces
Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

**D**

Rev. June 2002—30,000    Web Rev. June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office 2000-461 113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REG'  **SR 396-282**

(SR)          SRU
EFFECTIVE DATE OF REGISTRATION

11       20       06
Month    Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

Freeplay Music Corp. / DVD #9

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

See continuation sheet + attached

**2**  **a**  NAME OF AUTHOR ▼

Freeplay Music Corp.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?   ☑ Yes   ☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

Sound recording + music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2004   ◀ Year   This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 6  Day 1  Year 2004
United States of America  ◀ Nation

**4**  **a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Freeplay Music Corp.
1650 Broadway, Suite 1108
New York, NY 10019

See instructions before completing this space.

APPLICATION RECEIVED
SEP 27 2006
ONE DEPOSIT RECEIVED
11/20/06
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____    FORM SR

CHECKED BY _____

CORRESPONDENCE    FOR
☐ Yes    COPYRIGHT
    OFFICE
    USE
    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / Zip ▼

**b**
Scott P. Schreer
Freeplay music Corp.
1650 Broadway, Suite 1108
New York, NY 10019
Area code and daytime telephone number  212-974-0548    Fax number  212-664-7737
Email  scott@freeplaymusic.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the:
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Scott P. Schreer
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer    Date  9/20/06

Handwritten signature (X) ▼
X _____

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Freeplay Music Corp.
Number/Street/Apt ▼
1650 Broadway, Suite 1108
City/State/Zip ▼
New York, NY 10019

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SR  Rev: 07/2005  Print: 07/2005 — xx,000  Printed on recycled paper    U.S. Government Printing Office: 2005-xxx-xxx/60,xxx

# Continuation Sheet
## for Application Forms



● This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
● Try to fit the information called for into the spaces provided on the basic form.
● If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
● If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
● Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Form SR /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 396-282**

EFFECTIVE DATE OF REGISTRATION

*11*   *20*   *06*
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

**SEP 2 2 2006**

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
● TITLE: Give the title as given under the heading "Title of this Work" in space 1 of the basic form.

*Freeplay Music Corp. / DVD #9*

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of the Short Forms PA, TX, or VA.

*Freeplay Music Corp.*

---

## B
**Continuation of Space 2**

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of ▶ _____<br>{ Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  If the answer to either<br>Pseudonymous? ☐ Yes ☐ No  of these questions is 'Yes,' see detailed instructions. |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of ▶ _____<br>{ Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  If the answer to either<br>Pseudonymous? ☐ Yes ☐ No  of these questions is 'Yes,' see detailed instructions. |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born▼    Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of ▶ _____<br>{ Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  If the answer to either<br>Pseudonymous? ☐ Yes ☐ No  of these questions is 'Yes,' see detailed instructions. |

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*



CONTINUATION OF (Check which)  ☑ Space :  ☐ Space 4  ☐ Space 6

**Continuation of other Spaces**

Content titles for:

Freeplay Music Corp. / DVD #9

1. American Standards Vol. 1
2. American Standards Vol. 2
3. Cosmic Tronic Vol. 1
4. Electro Rock Overdrive Vol. 4
5. Electrofied Vol. 1
6. Electrofied Vol. 2
7. Electrofied Vol. 3
8. Electrofied Vol. 4
9. Electrofied Vol. 5
10. Modern Pop and Lyric Vol. 1
11. Moods and Grooves Vol. 3
12. Music for Pictures Vol. 1
13. Music for Pictures Vol. 2
14. Rock Grooves Vol. 1
15. Rock Stings Vol. 1
16. World Mix Vol. 2

Certificate will be mailed in window envelope to this address:

Name ▼
Freeplay Music Corp.
Number/Street/Apt ▼
1650 Broadway, Suite 1108
City/State/Zip ▼
New York, NY 10019

**D**

MAIL TO:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON  Rev 07/2006  Print 07/2007 — xx,000  Printed on recycled paper                    U.S Government Printing Office 2006-xxx-xxx / 60 xxx



CONTINUATION OF (Check what)   ☑ Space 1   ☐ Space 4   ☐ Space 6

Content titles for:

Freeplay music Corp. / DVD #9

1. American Standards Vol. 1
2. American Standards Vol. 2
3. Cosmic Tronic Vol. 1
4. Electro Rock Overdrive Vol. 4
5. Electrofied Vol. 1
6. Electrofied Vol. 2
7. Electrofied Vol. 3
8. Electrofied Vol. 4
9. Electrofied Vol. 5
10. Modern Pop and Lyric Vol. 1
11. Moods and Grooves Vol. 3
12. Music for Pictures Vol. 1
13. Music for Pictures Vol. 2
14. Rock Grooves Vol. 1
15. Rock Stings Vol. 1
16. World Mix Vol. 2

Continuation of other Spaces

Certificate will be mailed in window envelope to this address:

Name ▼
Freeplay music Corp.
Number/Street/Apt ▼
1650 Broadway, Suite 1108
City/State/Zip ▼
New York, NY 10019

D

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON   Rev 07/2008   Print 07/2007 — xx,000   Printed on recycled paper

U.S. Government Printing Office 2008-xxx-xxx/60 xxx



EXAMINED BY _HEC_

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / Zip ▼
**b**
Scott P. Schreer
Freeplay Music Corp.
1650 Broadway, Suite 1108
New York, NY 10019
Area code and daytime telephone number 212-974-0548      Fax number 212-664-7737
Email scott@freeplaymusic.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Scott P. Schreer_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                                    Date 9/20/06

Handwritten signature (X) ▼
X _____

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Freeplay Music Corp.
Number/Street/Apt ▼
1650 Broadway, Suite 1108
City/State/Zip ▼
New York, NY 10019

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SR   Rev 07/2006   Print 07/2006 — xx,000   Printed on recycled paper                                    U.S. Government Printing Office: 2005-xxx-xxx/60,xxx

## FREEPLAY MUSIC CORP. / DVD #9

American Standards Vol. 1
I Wished
Broken Days
Begin the Begin
Fired Up
Home Alone
I Know Now
After Dark
Edge of Day
Some Soul
Oh Cruel Fate
Toxic

American Standards Vol. 2
Purple Punch
Purple Punch Sting
Summer Kisses
On the Inside
Beachcomber
Beachcomber Sting
Just a Dream
Scoop De Doo Vocal
Scoop De Doo
Thruster
Welcome World
Welcome World Sting

Cosmic Tronic Vol. 1
Chuggernaut
CSI 02
CSI London
Egyptronix
Electro Step
Lazy Bones
Nu Electro
PH 2
Tech 02
The Future is Now

Electro Rock Overdrive Vol. 4
Above And Beyond
All Told
Continued On
Creepy Scene
Human Aid
Into The Feel
Like No Escape

Over the Down
She Will Stop
Sport Growth

Electrofied Vol.1
Black Scorpion
Bug Blaster
Bug Zapper
Down Under
Dr. Who is Back
Dr. Who is Back RMX
Electrofied
Fly Like an Eagle
I Can't Hear You
Laser Blaster
Pure Energy
Sharpshooter
Moon
Freedom

Electrofied Vol.2
A New Beginning
Destination
Electrified Music
Feel The Energy
Feel The Heat
Firestorm
Mars Robot Dance
Necronbar
NRG
Plutonic Dance
Re-creation
Shadows 9
Shake Me
Up

Electrofied Vol.3
Dark NRG
Electro-Robot Mix
Lockdown
Megapower
Realm of Darkness
Robots In My Mind
Stratospheres
Warped
Hellfire
Thrillseeker

Electrofied Vol.4
A New Day
All Da Bass Rockin Da Club

Calling Earth
Devotion
Downstrum
Fractosis
Fused
Journey In Time
Mystery of Life
New York Groove

Electrofied Vol 5
Agent on Fire
Coyote Sunrise
Dancetron
Demon of Fire
Free to Go
Get Down Yo
Liquid Dance
Night Fire
Oriental Nights
Shake The House
Shake (Judy Vox Mix)

Modern Pop & Lyric Vol. 1
Feeling Free Vocal
Feeling Free Underscore
The Hardest Choice Vocal
The Hardest Choice Underscore
Tranquil Morning Vocal
Tranquil Morning Underscore
We Will Be Together Soon Vocal
We Will Be Together Soon Underscore
When You Are Near Vocal
When You Are Near Underscore
Before You Go
Rambling River

Moods and Grooves Vol. 3
Choir Sound
Down
Epic Proportions
Gone Away
Lounging
Milli
Nice Day
Not So Bad
Ponder
Sunny and Overcast
Tino
Baleric

Music for Pictures Vol. 1
Acoustic and Piano
Chill
C Flute
Dark Harp
Funky Pad
Grand Strings
Kalimba
Laid Back Groove
Rock It
Tribal Slam

Music for Pictures Vol. 2
Bangin Horns
Fallback
Horror
Leave A Message
Loose
Piano Stripped
Rainy Build
Stomp
Three Hit

Rock Grooves Vol. 1
A Question of Why
Embraced
Hear Me Calling
Here With You
New Day
Right On It
Set Me Free
The Land I Roam

Rock Stings Vol. 1
A Question of Why (sting)
Embraced (sting)
Hear Me Calling (sting)
Here With You (sting)
New Day (sting)
Right On It (sting)
Set Me Free (sting)
The Land I Roam (sting)


World Mix 2
Pain
Quest
It At First

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 335-678



SR0000335 7

EFFECTIVE DATE OF REGISTRATION

7  31  2003
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Hot Guitar Rock   Volume 1

PREVIOUS ALTERNATIVE OR (CONTENTS TITLES) (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

---

**2** **a** NAME OF AUTHOR ▼
Freeplay Music, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ U.S.A.

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes ☒ No

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Sound Recording and Music

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ Jan.   Day ▶ 1   Year ▶ 2003
United States of America ◀ Nation

---

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Freeplay Music Inc
1650 Broadway, Suite 1108
New York, NY 10019-6833

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

APPLICATION RECEIVED
JUL 3 1 2003
ONE DEPOSIT RECEIVED
JUL 3 1 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 8) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

CONTINUATION OF (Check which)    ☒ Space 1     ☐ Space 4     ☐ Space 6

**C**
Continuation
of other
Spaces

# CONTENTS TITLES FOR
## "HOT GUITAR ROCK  VOLUME 1"

1) ACID INDIGESTION
2) LOOSE MOOSE
3) WASP STING
4) PLANET ELECTRO
5) HEAVY BREATHING
6) GRAND OPENING
7) KING
8) EXERTION
9) SPICE FACTOR
10) ENGLISH CHANNEL
11) EARTH MOVER
12) COOL SHADES
13) SKEWED
14) RHYTHM AND BOOZE
15) ACID INDIGESTION UNDERSCORE
16) LOOSE MOOSE UNDERSCORE
17) WASP STING UNDERSCORE
18) PLANT ELECTRO UNDERSCORE
19) HEAVY BREATHING UNDERSCORE
20) GRAND OPENING UNDERSCORE
21) KING UNDERSCORE
22) EXERTION UNDERSCORE
23) SPICE FACTOR UNDERSCORE
24) ENGLISH CHANNEL UNDERSCORE

25) EARTH MOVER UNDERSCORE
26) COOL SHADES UNDERSCORE
27) SKEWED UNDERSCORE
28) RHYTHM AND BOOZE UNDERSCORE

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY  10019-6833

**D**

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA, only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA

**FORM** _SR_ **/CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 335 – 678**

SR0000335678    AU

EFFECTIVE DATE OF REGISTRATION

7  /  31  /  2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

7  /  31  /  2003

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

HOT GUITAR ROCK   VOLUME 1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

## B
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need mo e space for continuation of Spaces 1 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a  ☐ This work was previously registered in unpublished form and now has been published for the first time

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent     Name / Address / Apt / City / State / ZIP ▼

**b** SCOTT P  SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY , SUITE 1108
NEW YORK , NY  10019-6833
Area code and daytime telephone number  212-974 0548          Fax number  212 664 7737
Email  SCOTT @ FREEPLAYMUSIC COM

**CERTIFICATION**  I, the undersigned  hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
☒ authorized agent of  SCOTT P. SCHREER
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

SCOTT P  SCHREER          Date  JULY 22, 2003

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ FREEPLAY MUSIC, INC |
|---|---|
| | Number/Street/Apt ▼ 1650 BROADWAY , SUITE 1108 |
| | City/State/ZIP ▼ NEW YORK , NY  10019-6833 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊛ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 335—879**



EFFECTIVE DATE OF REGISTRATION

8 · 4 · 03
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

PROMOS VOLUME 2

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

---

**2**  **a**  NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
**a** 2001 ◀ Year In all cases.
This information must be given

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
**b** Complete this information ONLY if this work has been published.
Month ▶ JAN.  Day ▶ 1  Year ▶ 2001
UNITED STATES OF AMERICA ◀ Nation

---

**4**  **a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

APPLICATION RECEIVED
AUG - 4 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG - 4 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b** SCOTT P. SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

Area code and daytime telephone number 212-974-0548    Fax number 212-664-7737

Email SCOTT@FREEPLAYMUSIC.COM

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of SCOTT P. SCHREER

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SCOTT P. SCHREER          Date JULY 22, 2003

Handwritten signature (x) ▼
X

**8**

**9**

Certificate will be mailed in window envelope to this address

Name ▼ FREEPLAY MUSIC, INC.

Number/Street/Apt ▼ 1650 BROADWAY, SUITE 1108

City/State/ZIP ▼ NEW YORK, NY 10019-6833

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—30,000  Web Rev June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is not applicable to Short Forms.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** SC **/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 335-879**

EFFECTIVE DATE OF REGISTRATION

8 - 4 · 03
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

PROMOS   VOLUME 2

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC.

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

CONTINUATION OF (Check which): ☒ Space 1  ☐ Space 4  ☐ Space 6

# CONTENTS TITLES FOR

**C**
Continuation
of other
Spaces

## "PROMOS VOLUME 2"

1) A NEW LIFE
2) SPAIN
3) MR FIVE BY FIVE
4) OUTBACK POPSTAR
5) PRIDE
6) MAGNIFICENT SEVEN
7) THRILLA
8) MOONBEAMS
9) HACKENSACK SWING
10) I SAW YOUR THERE

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
FREEPLAY MUSIC, INC.

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY 10019-6833