A 7

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 337-061**


SR0000337061

EFFECTIVE DATE OF REGISTRATION

AUG 04 2003
Month        Day        Yr

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
SPORTS THEMES VOLUME 1

PREVIOUS, ALTERNATIVE OR (CONTENTS TITLES) (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

---

**2 a** NAME OF AUTHOR ▼
FREEPLAY MUSIC, INC

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
◀ Year    This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JAN        Day ▶ 1        Year ▶ 2001
UNITED STATES OF AMERICA        ◀ Nation

---

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG - 4 2003

ONE DEPOSIT RECEIVED
AUG - 4 2003

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE ▢ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

▢ Yes ▣ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a ▢ This work was previously registered in unpublished form and now has been published for the first time

b ▢ This is the first application submitted by this author as copyright claimant

c ▢ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes,  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a** Name ▼                         Account Number ▼

**7**

**b** CORRESPONDENCE Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

SCOTT P SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212 974 0548          Fax number 212 664 7737
Email SCOTT@FREEPLAYMUSIC COM

**CERTIFICATION**  I, the undersigned hereby certify that I am the

Check only one ▼

▢ author
▢ other copyright claimant
▢ owner of exclusive right(s)
▣ authorized agent of SCOTT P. SCHREER
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

SCOTT P SCHREER                                     Date JULY 22, 2003

Handwritten signature (X) ▼
X

**9**

Certificate will be mailed in window envelope to this address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

*Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000*

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊛ Printed on recycled paper                                     U S Government Printing Office  2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Ⓒ FORM ____ /CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

_____

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 8 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Sports Themes   Volume 1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Freeplay Music, Inc.

---

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"SPORTS THEMES VOLUME 1"

1) POWER THEME

2) SPORTS TIME TONIGHT

3) DESK REPORT

4) BUSTING TAIL

5) COLISEUM

6) NO SURVIVORS

7) DEVIL RIDE

8) MINISTER OF PAIN

9) INTELLIVOICE

10) FOOLING

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FREEPLAY MUSIC, INC.
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY   10019-6833

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

**D**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-845**

*SR00003748454*

EFFECTIVE DATE OF REGISTRATION

1    23    06
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

FREEPLAY MUSIC CORP / DVD #2

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE ATTACHED CONTINUATION SHEET

**2**  **a**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003
This information must be given Year in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 6  Day ▶ 1  Year ▶ 03
United States of America  Nation

**4**  **a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
NEW YORK, N.Y. 10019

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

APPLICATION RECEIVED
JAN 23 2006
ONE DEPOSIT RECEIVED
JAN 23 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK** ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

FORM SR

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼                                                      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** Scott P. Schreer
Freeplay Music Corp
1050 Broadway, 1108
N.Y., N.Y. 10019
Area code and daytime telephone number 212-974-0548        Fax number 212-664-7737
Email                                              scott@freeplaymusic.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **8**
Check only one ▼
☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
                                     ☑ authorized agent of  Scott P. Schreer
                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Scott P. Schreer                                            Date 1/5/06

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼ FREEPLAY MUSIC CORP
Number/Street/Apt ▼ 1050 Broadway, 1108
City/State/ZIP ▼ N.Y. N.Y. 10019

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office · SR
101 Independence Avenue, S E
Washington, D C 20559-6237

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—100,000    Web Rev. July 2003    ℗ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Form _SR_ CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-845**

*SR00937-8458*

F

EFFECTIVE DATE OF REGISTRATION

| 1 | 23 | 06 |
|---|---|---|
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

JAN 2 3 2006

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page _3_ of _4_ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"FREEPLAY MUSIC CORP. / DVD #2"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP.

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☑ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENT TITLES FOR:
"FREEPLAY MUSIC CORP / DVD #2"

1. DANCE & POP VOL 2
2. DANCE & POP VOL 3
3. DANCE & POP VOL 4
4. DANCE & POP VOL 5
5. DANCE & POP VOL 6
6. DANCE & POP VOL 7

7. DARK DIMENSIONS VOL 1
8. DARK DIMENSIONS VOL 2

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
FREEPLAY MUSIC CORP.
Number/Street/Apt ▼
1650 Broadway, 1108
City/State/ZIP ▼
N.Y., NY    10019

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject
to change
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000

Freeplay Music Corp / DVD #2

Dance & Pop Vol 2
Dance & Pop Vol 3
Dance & Pop Vol 4
Dance & Pop Vol 5
Dance & Pop Vol 6
Dance & Pop Vol 7
Dark Dimensions Vol 1
Dark Dimensions Vol 2

| | | |
|---|---|---|
| Dance & Pop Vol. 2 w/Funk Ease | 1:01 | 4:38 |
| Dance & Pop Vol. 2 w/Funk Ease | 2:01 :30 | |
| Dance & Pop Vol. 2 w/Funk Ease | 3:01 :60 | |
| Dance & Pop Vol. 2 w/Funked | 4:01 | 3:57 |
| Dance & Pop Vol. 2 w/Funked | 5:01 :30 | |
| Dance & Pop Vol. 2 w/Funked | 6:01 :60 | |
| Dance & Pop Vol. 2 w/Give me 1 Night | 7:01 | 3:59 |
| Dance & Pop Vol. 2 w/Give me 1 Night | 8:01 :30 | |
| Dance & Pop Vol. 2 w/Give me 1 Night | 9:01 :60 | |
| Dance & Pop Vol. 2 w/I Feel | 10:01 | 3:14 |
| Dance & Pop Vol. 2 w/I Feel | 11:01 :30 | |
| Dance & Pop Vol. 2 w/I Feel | 12:01 :60 | |
| Dance & Pop Vol. 2 w/Sweetbeat | 13:01 | 4:23 |
| Dance & Pop Vol. 2 w/Sweetbeat | 14:01 :30 | |
| Dance & Pop Vol. 2 w/Sweetbeat | 15:01 :60 | |
| Dance & Pop Vol. 2 w/Come on | 16:01 | 4:22 |
| Dance & Pop Vol. 2 w/Come on | 17:01 :30 | |
| Dance & Pop Vol. 2 w/Come on | 18:01 :60 | |
| Dance & Pop Vol. 2 w/Passion Within | 19:01 | 3:38 |
| Dance & Pop Vol. 2 w/Passion Within | 20:01 :30 | |
| Dance & Pop Vol. 2 w/Passion Within | 21:01 :60 | |

| | | |
|---|---|---|
| Dance & Pop Vol. 3 w Tonite | 1:01 | 3:59 |
| Dance & Pop Vol. 3 w Tonite | 2:01 :30 | |
| Dance & Pop Vol. 3 w Tonite | 3:01 :60 | |
| Dance & Pop Vol. 3 w Again | 4:01 | 2:35 |
| Dance & Pop Vol. 3 w Again | 5:01 :30 | |
| Dance & Pop Vol. 3 w Again | 6:01 :60 | |
| Dance & Pop Vol. 3 w Get Up | 7:01 | 3:25 |
| Dance & Pop Vol. 3 w Get Up | 8:01 :30 | |
| Dance & Pop Vol. 3 w Get Up | 9:01 :60 | |
| Dance & Pop Vol. 3 w One More Time | 10:01 | 2:00 |
| Dance & Pop Vol. 3 w One More Time | 11:01 :60 | |
| Dance & Pop Vol. 3 w Feels Like Spring | 12:01 | 3:05 |
| Dance & Pop Vol. 3 w Feels Like Spring | 13:01 :30 | |
| Dance & Pop Vol. 3 w Feels Like Spring | 14:01 :60 | |
| Dance & Pop Vol. 3 w Take Me Higher | 15:01 | 3:17 |
| Dance & Pop Vol. 3 w Take Me Higher | 16:01 :30 | |
| Dance & Pop Vol. 3 w Take Me Higher | 17:01 :60 | |
| Dance & Pop Vol. 3 w Alright | 18:01 | 2:39 |
| Dance & Pop Vol. 3 w Alright | 19:01 :30 | |
| Dance & Pop Vol. 3 w Alright | 20:01 :60 | |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 4 | Digital Dusting | trk 1 | :60 |
| Dance & Pop Vol 4 | Fallout | trk 2 | :60 |
| Dance & Pop Vol 4 | Fine Sine | trk 3 | :60 |
| Dance & Pop Vol 4 | From The Hip | trk 4 | :60 |
| Dance & Pop Vol 4 | Within The Wind | trk 5 | :60 |
| Dance & Pop Vol 4 | Play(er) | trk 6 | :60 |
| Dance & Pop Vol 4 | Retro Petro | trk 7 | :60 |
| Dance & Pop Vol 4 | Stereo Kicks | trk 8 | :60 |
| Dance & Pop Vol 4 | Sugar Step | trk 9 | :60 |
| Dance & Pop Vol 4 | Swing(er) | trk 10 | :60 |
| Dance & Pop Vol 4 | Thunk Tank | trk 11 | :60 |
| Dance & Pop Vol 4 | West Slide | trk 12 | :60 |
| Dance & Pop Vol 4 | Digital Dusting | trk 13 | :30 |
| Dance & Pop Vol 4 | Fallout | trk 14 | :30 |
| Dance & Pop Vol 4 | Fine Sine | trk 15 | :30 |
| Dance & Pop Vol 4 | From The Hip | trk 16 | :30 |
| Dance & Pop Vol 4 | Within The Wind | trk 17 | :30 |
| Dance & Pop Vol 4 | Play(er) | trk 18 | :30 |
| Dance & Pop Vol 4 | Retro Petro | trk 19 | :30 |
| Dance & Pop Vol 4 | Stereo Kicks | trk 20 | :30 |
| Dance & Pop Vol 4 | Sugar Step | trk 21 | :30 |
| Dance & Pop Vol 4 | Swing(er) | trk 22 | :30 |
| Dance & Pop Vol 4 | Thunk Tank | trk 23 | :30 |
| Dance & Pop Vol 4 | West Slide | trk 24 | :30 |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 5 | Across The Beat | Trk 1 | 1:10 |
| Dance & Pop Vol 5 | Come Up | Trk 2 | :56 |
| Dance & Pop Vol 5 | Cool Jungle | Trk 3 | 1:04 |
| Dance & Pop Vol 5 | Left Handed | Trk 4 | 1:01 |
| Dance & Pop Vol 5 | Slow Dancer | Trk 5 | 1:06 |
| Dance & Pop Vol 5 | Time Pulse | Trk 6 | 1:03 |
| Dance & Pop Vol 5 | Across The Beat | Trk 7 | :30 |
| Dance & Pop Vol 5 | Come Up | Trk 8 | :30 |
| Dance & Pop Vol 5 | Cool Jungle | Trk 9 | :30 |
| Dance & Pop Vol 5 | Left Handed | Trk 10 | :30 |
| Dance & Pop Vol 5 | Slow Dancer | Trk 11 | :30 |
| Dance & Pop Vol 5 | Time Pulse | Trk 12 | :30 |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 6 | Swing | Trk 1 | :60 |
| Dance & Pop Vol 6 | Sumbia | Trk 2 | :60 |
| Dance & Pop Vol 6 | So What | Trk 3 | :60 |
| Dance & Pop Vol 6 | Ibiza Sky | Trk 4 | :60 |
| Dance & Pop Vol 6 | Good Time | Trk 5 | :60 |
| Dance & Pop Vol 6 | 912 Players | Trk 6 | :60 |
| Dance & Pop Vol 6 | 2 Groove | Trk 7 | :60 |
| Dance & Pop Vol 6 | Play | Trk 8 | :60 |
| Dance & Pop Vol 6 | Swing | Trk 9 | :30 |
| Dance & Pop Vol 6 | Sumbia | Trk 10 | :30 |
| Dance & Pop Vol 6 | So What | Trk 11 | :30 |
| Dance & Pop Vol 6 | Ibiza Sky | Trk 12 | :30 |
| Dance & Pop Vol 6 | Good Time | Trk 13 | :30 |
| Dance & Pop Vol 6 | 912 Players | Trk 14 | :30 |
| Dance & Pop Vol 6 | 2 Groove | Trk 15 | :30 |
| Dance & Pop Vol 6 | Play | Trk 16 | :30 |

| 1113 | Dance & Pop Vol 7 | Bouncy Vibes | trk 1 | 1:00 |
|------|-------------------|-----------------|--------|------|
| 1114 | Dance & Pop Vol 7 | Chinese Flute | trk 2 | 1:00 |
| 1115 | Dance & Pop Vol 7 | Dancehall Guitar | trk 3 | 1:00 |
| 1116 | Dance & Pop Vol 7 | Flute Banger | trk 4 | 1:00 |
| 1117 | Dance & Pop Vol 7 | Jazzed Out | trk 5 | 1:00 |
| 1118 | Dance & Pop Vol 7 | Missed Out | trk 6 | 1:00 |
| 1119 | Dance & Pop Vol 7 | More Cowbell | trk 7 | 1:00 |
| 1120 | Dance & Pop Vol 7 | So Cold | trk 8 | 1:00 |
| 1120 | Dance & Pop Vol 7 | Bouncy Vibes | trk 9 | :30 |
| 1120 | Dance & Pop Vol 7 | Chinese Flute | trk 10 | :30 |
| 1120 | Dance & Pop Vol 7 | Dancehall Guitar | trk 11 | :30 |
| 1120 | Dance & Pop Vol 7 | Flute Banger | trk 12 | :30 |
| 1120 | Dance & Pop Vol 7 | Jazzed Out | trk 13 | :30 |
| 1120 | Dance & Pop Vol 7 | Missed Out | trk 14 | :30 |
| 1120 | Dance & Pop Vol 7 | More Cowbell | trk 15 | :30 |
| 1120 | Dance & Pop Vol 7 | So Cold | trk 16 | :30 |

| | | | |
|---|---|---|---|
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 1 | 1:11 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 2 | 1:21 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 3 | 1:20 |
| Dark Dimensions Vol 1 | Dreamscape | trk 4 | 1:20 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 5 | 2:13 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 6 | 2:52 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 7 | 1:39 |
| Dark Dimensions Vol 1 | In Rememberance | trk 8 | 4:31 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 9 | 1:27 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 10 | 3:19 |
| Dark Dimensions Vol 1 | Midnight March | trk 11 | :60 |
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 12 | :60 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 13 | :60 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 14 | :60 |
| Dark Dimensions Vol 1 | Dreamscape | trk 15 | :60 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 16 | :60 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 17 | :60 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 18 | :60 |
| Dark Dimensions Vol 1 | In Rememberance | trk 19 | :60 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 20 | :60 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 21 | :60 |
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 22 | :30 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 23 | :30 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 24 | :30 |
| Dark Dimensions Vol 1 | Dreamscape | trk 25 | :30 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 26 | :30 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 27 | :30 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 28 | :30 |
| Dark Dimensions Vol 1 | In Rememberance | trk 29 | :30 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 30 | :30 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 31 | :30 |
| Dark Dimensions Vol 1 | Midnight March | trk 32 | :30 |

| | | | |
|---|---|---|---|
| Dark Dimensions Vol 2 | All In All | Trk 1 | 2:20 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 2 | 2:40 |
| Dark Dimensions Vol 2 | Deserted | Trk 3 | 2:48 |
| Dark Dimensions Vol 2 | Liar | Trk 4 | 2:15 |
| Dark Dimensions Vol 2 | Legion | Trk 5 | 2:43 |
| Dark Dimensions Vol 2 | Spirit | Trk 6 | 2:12 |
| Dark Dimensions Vol 2 | The Rising | Trk 7 | 2:20 |
| Dark Dimensions Vol 2 | Universe | Trk 8 | 2:06 |
| Dark Dimensions Vol 2 | All In All | Trk 9 | :60 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 10 | :60 |
| Dark Dimensions Vol 2 | Deserted | Trk 11 | :60 |
| Dark Dimensions Vol 2 | Liar | Trk 12 | :60 |
| Dark Dimensions Vol 2 | Legion | Trk 13 | :60 |
| Dark Dimensions Vol 2 | Spirit | Trk 14 | :60 |
| Dark Dimensions Vol 2 | The Rising | Trk 15 | :60 |
| Dark Dimensions Vol 2 | Universe | Trk 16 | :60 |
| Dark Dimensions Vol 2 | All In All | Trk 17 | :30 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 18 | :30 |
| Dark Dimensions Vol 2 | Deserted | Trk 19 | :30 |
| Dark Dimensions Vol 2 | Liar | Trk 20 | :30 |
| Dark Dimensions Vol 2 | Legion | Trk 21 | :30 |
| Dark Dimensions Vol 2 | Spirit | Trk 22 | :30 |
| Dark Dimensions Vol 2 | The Rising | Trk 23 | :30 |
| Dark Dimensions Vol 2 | Universe | Trk 24 | :30 |

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 337–199**

EFFECTIVE DATE OF REGISTRATION

7  31  03
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼
HOT GUITAR ROCK    VOLUME 2

PREVIOUS  ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

---

**2**  **a**  NAME OF AUTHOR ▼
FREEPLAY MUSIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year  This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ JAN.  Day ▶ 1  Year ▶ 2003
UNITED STATES OF AMERICA ◀ Nation

---

**4**  **a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (n mbe s 5 9) on the reve se side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY _____     FORM SR

CHECKED BY _____

CORRESPONDENCE
□ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a □ This work was previously registered in unpublished form and now has been published for the first time

b □ This is the first application submitted by this author as copyright claimant

c □ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼       Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b** SCOTT P SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number 212-974 0548     Fax number 212 664 7737
Email SCOTT@FREEPLAYMUSIC COM

**CERTIFICATION**  I, the undersigned  hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of  SCOTT P. SCHREER
      Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

SCOTT P SCHREER       Date JULY 22, 2003

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to
change  for current
fees  check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office  or call
(202) 707-3000.

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ♻ Printed on recycled paper       U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR, TX and VA, only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** *SR*/CON
UNITED STATES COPYRIGHT OFFICE

**SR 337 – 199**

PA PAU PE SE SEU ...     17     ⌐     ⌐
EFFECTIVE DATE OF REGISTRATION

7     31     03
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
JUL 31 2003

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

HOT GUITAR ROCK   VOLUME 2

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼          Year Died▼ |

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No  "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼          Year Died▼ |

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No  "Yes, see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼          Year Died▼ |

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No  "Yes, see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which)    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

CONTENTS TITLES FOR

"HOT GUITAR ROCK  VOLUME 2 "

1) ROTO ROCK
2) FRANTICIZED
3) BIG GUNNS
4) REPEATER
5) MONKEY BIDNESS
6) PUMP HANDLE
7) MINORITY
8) HAPPY DUDES
9) CACAPHONY
10) TECHNO BONE
11) WILD RIDE
12) ROTO ROCK UNDERSCORE
13) FRANTICIZED UNDERSCORE
14) REPEATER  UNDERSCORE
15) MONKEY BIDNESS UNDERSCORE
16) PUMP HANDLE UNDERSCORE
17) MINORITY UNDERSCORE
18) HAPPY DUDES  UNDERSCORE
19) CACAPHONY  UNDERSCORE
20) TECHNO BONE UNDERSCORE
21) WILD RIDE UNDERSCORE

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY   10019-6833

**D**

Rev. June 2002—30,000   Web Rev. June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REG **SR 333-635**

SR        SRU

EFFECTIVE DATE OF REGISTRATION

| 7 | 31 | 03 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
TITLE OF THIS WORK ▼

**TV THEMES VOLUME 1**

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**SEE CONTINUATION SHEET**

## 2
**a** NAME OF AUTHOR ▼

**FREEPLAY MUSIC, INC**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **U.S.A.**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼
**SOUND RECORDING AND MUSIC**

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
**2001** ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ **JAN.**  Day ▶ **1**  Year ▶ **2001**
**UNITED STATES OF AMERICA** ◀ Nation

## 4
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**a FREEPLAY MUSIC INC.**
**1650 BROADWAY, SUITE 1108**
**NEW YORK, NY 10019-6833**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

APPLICATION RECEIVED
**JUL 31 2003**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JUL 31 2003**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **4** pages

| EXAMINED BY *KS* | FORM SR |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box) ▼

a  ☐ This work was previously registered in unpublished form and now has been published for the first time

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is  Yes,  give Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b** SCOTT P SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

Area code and daytime telephone number 212-974 0548                    Fax number 212 664 7737

Email SCOTT@FREEPLAYMUSIC.COM

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  SCOTT P. SCHREER

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

SCOTT P SCHREER                              Date JULY 22, 2003

Handwritten signature (X) ▼

X _____

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼  FREEPLAY MUSIC, INC |
|---|---|
| | Number/Street/Apt ▼  1650 BROADWAY, SUITE 1108 |
| | City/State/ZIP ▼  NEW YORK, NY 10019-6833 |

**Complete all necessary spaces**
**Sign your application in space 8**

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Fees are subject to
change. For current
fees, check the
Copyright Office
website

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D C 20559-6000

**9**

*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application, shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form  use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** SR **/CON**
UNITED STATES COPYRIGHT OFFICE

SR  333-635

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

7      31      03
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

TV THEMES VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 2, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which)    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"TV THEMES VOLUME 1"

1) ALL NIGHT

2) SUNSET CRUISE

3) FUNKY DUNKY

4) CAPPACINO

5) LIKE THAT

6) STRAIGHT FROM THE HEART

7) OCEAN MOTION

8) WINDY DAY

9) FAR AWAY

10) CITY SKYLINE

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY  10019-6833

**D**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374–913**



EFFECTIVE DATE OF REGISTRATION

1-23-06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

FREEPLAY MUSIC CORP. / DVD #8

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

SEE CONTINUATION SHEET & Attached

## 2

**a**  **NAME OF AUTHOR ▼**

FREEPLAY MUSIC CORP.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recording & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

2003
◄Year
This information must be given in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 6   Day 1   Year 2003
United States of America
◄ Nation

## 4

**a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Freeplay Music Corp.
1650 Broadway, 1108
NY, NY  10019

See instructions before completing this space.

APPLICATION RECEIVED
JAN 2 3 2006
ONE DEPOSIT RECEIVED
JAN 2 3 2006
TWO DEPOSITS RECEIVED
JAN 2 3 2006
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 5 pages

| EXAMINED BY | *D.G.* | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| □ Yes | | |

\*Prepared by C.O. from informal continuation sheet.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. □ This work was previously registered in unpublished form and now has been published for the first time.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
**b**   Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 Broadway, 1108
New York, N.Y. 10019
Area code and daytime telephone number 212-974-0548          Fax number 212-064 7737
Email   scott@ freeplaymusic.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of   Scott P. Schreer
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                                          Date  1/5/06

Handwritten signature (x) ▼
X

| Certificate will be mailed in window envelope to this address | Name ▼  FREEPLAY MUSIC CORP. |
|---|---|
| | Number/Street/Apt ▼  1650 Broadway, 1108 |
| | City/State/ZIP ▼  New York, N.Y. 10019 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - SR
101 Independence Avenue, S E
Washington, D.C. 20559-6237

**9**

Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—100,000  Web Rev July 2003  @ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Form SR/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

## SR 374-913

*SR0000374913*

AU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only.**
  Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use
  this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6
  on the basic application or for the continuation of Space 1 on any of the three
  Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

1 - 23 - 06
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

JAN 2 3 2006

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

Page __3__ of __5__ pages

## A
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration
on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

FREEPLAY MUSIC CORP. / DVD #8

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant
as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP.

## B
Continuation
of Space 2

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION
TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION
TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION
TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the
continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

| | | | | | |
|---|---|---|---|---|---|
| Trans Alarm Vol 1 | X7 | trk 1 | Tropical Vibes Vol 1 | One Drop World | trk 1 |
| Trans Alarm Vol 1 | Bounty | trk 2 | Tropical Vibes Vol 1 | Proud Sunrise | trk 2 |
| Trans Alarm Vol 1 | Angel 7 | trk 3 | Tropical Vibes Vol 1 | Guittaras Callentes | trk 3 |
| Trans Alarm Vol 1 | Marathon | trk 4 | Tropical Vibes Vol 1 | Easy Going* | trk 4 |
| Trans Alarm Vol 1 | Mode | trk 5 | Tropical Vibes Vol 1 | Say Hey | trk 5 |
| Trans Alarm Vol 1 | Point Blank | trk 6 | Tropical Vibes Vol 1 | Happy Now | trk 6 |
| Trans Alarm Vol 1 | 4 Speed | trk 7 | Tropical Vibes Vol 1 | Plein Soell** | trk 7 |
| Trans Alarm Vol 1 | Head Case | trk 8 | Tropical Vibes Vol 1 | The Phoenix | trk 8 |
| Trans Alarm Vol 1 | Chrome | trk 9 | Tropical Vibes Vol 1 | Have A Rasta Day | trk 9 |
| Trans Alarm Vol 1 | Leathal System | trk 10 | Tropical Vibes Vol 1 | Sunset Avenue*** | trk 10 |
| Trans Alarm Vol 1 | Flight | trk 11 | Tropical Vibes Vol 1 | One Drop World | trk 11 |
| Trans Alarm Vol 1 | X7 | trk 12 | Tropical Vibes Vol 1 | Proud Sunrise | trk 12 |
| Trans Alarm Vol 1 | Bounty | trk 13 | Tropical Vibes Vol 1 | Guittaras Callentes | trk 13 |
| Trans Alarm Vol 1 | Angel 7 | trk 14 | Tropical Vibes Vol 1 | Easy Going* | trk 14 |
| Trans Alarm Vol 1 | Marathon | trk 15 | Tropical Vibes Vol 1 | Say Hey | trk 15 |
| Trans Alarm Vol 1 | Mode | trk 16 | Tropical Vibes Vol 1 | Happy Now | trk 16 |
| Trans Alarm Vol 1 | Point Blank | trk 17 | Tropical Vibes Vol 1 | Plein Soell** | trk 17 |
| Trans Alarm Vol 1 | 4 Speed | trk 18 | Tropical Vibes Vol 1 | The Phoenix | trk 18 |
| Trans Alarm Vol 1 | Head Case | trk 19 | Tropical Vibes Vol 1 | Have A Rasta Day | trk 19 |
| Trans Alarm Vol 1 | Chrome | trk 20 | Tropical Vibes Vol 1 | Sunset Avenue*** | trk 20 |
| Trans Alarm Vol 1 | Leathal System | trk 21 | Tropical Vibes Vol 1 | One Drop World | trk 21 |
| Trans Alarm Vol 1 | Flight | trk 22 | Tropical Vibes Vol 1 | Proud Sunrise | trk 22 |
| Trans Alarm Vol 1 | X7 | trk 23 | Tropical Vibes Vol 1 | Guittaras Callentes | trk 23 |
| Trans Alarm Vol 1 | Bounty | trk 24 | Tropical Vibes Vol 1 | Easy Going* | trk 24 |
| Trans Alarm Vol 1 | Angel 7 | trk 25 | Tropical Vibes Vol 1 | Say Hey | trk 25 |
| Trans Alarm Vol 1 | Marathon | trk 26 | Tropical Vibes Vol 1 | Happy Now | trk 26 |
| Trans Alarm Vol 1 | Mode | trk 27 | Tropical Vibes Vol 1 | Plein Soell** | trk 27 |
| Trans Alarm Vol 1 | Point Blank | trk 28 | Tropical Vibes Vol 1 | The Phoenix | trk 28 |
| Trans Alarm Vol 1 | 4 Speed | trk 29 | Tropical Vibes Vol 1 | Have A Rasta Day | trk 29 |
| Trans Alarm Vol 1 | Head Case | trk 30 | Tropical Vibes Vol 1 | Sunset Avenue** | trk 30 |
| Trans Alarm Vol 1 | Chrome | trk 31 | 1130 World Chill Vol 2 | Fogs | trk 1 |
| Trans Alarm Vol 1 | Leathal System | trk 32 | 1131 World Chill Vol 2 | Did You Find The Bird | trk 2 |
| Trans Alarm Vol 1 | Flight | trk 33 | 1132 World Chill Vol 2 | Fogs Underscore | trk 3 |
| | | | 1133 World Chill Vol 2 | Heroes | trk 4 |
| World Chill Vol 1 | *Call To Me Vocal | Trk 1 | 1134 World Chill Vol 2 | My Casbah | trk 5 |
| World Chill Vol 1 | Call To Me Instrumental | Trk 2 | 1135 World Chill Vol 2 | Riff | trk 6 |
| World Chill Vol 1 | Clap Hop | Trk 3 | 1136 World Chill Vol 2 | Savannas | trk 7 |
| World Chill Vol 1 | *Dance Of Love Vocal | Trk 4 | 1137 World Chill Vol 2 | Savannas Underscore | trk 8 |
| World Chill Vol 1 | Dance Of Love Instrumental | Trk 5 | 1138 World Chill Vol 2 | Technology | trk 9 |
| World Chill Vol 1 | Floating | Trk 6 | 1139 World Chill Vol 2 | West | trk 10 |
| World Chill Vol 1 | *Hide Luv Vocal | Trk 7 | 1140 World Chill Vol 2 | What Do You Mean | trk 11 |
| World Chill Vol 1 | Hide Luv Instrumental | Trk 8 | 1141 World Chill Vol 2 | Fogs | trk 12 |
| World Chill Vol 1 | Make It Betta Vocal Hook | Trk 9 | 1142 World Chill Vol 2 | Did You Find The Bird | trk 13 |
| World Chill Vol 1 | Make It Betta Instrumental | Trk 10 | 1143 World Chill Vol 2 | Fogs Underscore | trk 14 |
| World Chill Vol 1 | *Make It Betta Vocal | Trk 11 | 1144 World Chill Vol 2 | Heroes | trk 15 |
| World Chill Vol 1 | *R U Gonna Hurt Vocal | Trk 12 | 1145 World Chill Vol 2 | My Casbah | trk 16 |
| World Chill Vol 1 | R U Gonna Hurt Instrumental | Trk 13 | 1146 World Chill Vol 2 | Riff | trk 17 |
| World Chill Vol 1 | *Saw Me Baby (Spring Memories) | Trk 14 | 1147 World Chill Vol 2 | Savannas | trk 18 |
| World Chill Vol 1 | Spring Memories Vocal Hook | Trk 15 | 1148 World Chill Vol 2 | Savannas Underscore | trk 19 |
| World Chill Vol 1 | *Sundari Vocal | Trk 16 | 1149 World Chill Vol 2 | Technology | trk 20 |
| World Chill Vol 1 | Sundari Instrumental | Trk 17 | 1150 World Chill Vol 2 | West | trk 21 |
| World Chill Vol 1 | *Womanhood Vocal | Trk 18 | 1151 World Chill Vol 2 | What Do You Mean | trk 22 |
| World Chill Vol 1 | Womanhood Instrumental | Trk 19 | 1152 World Chill Vol 2 | Fogs | trk 23 |
| World Chill Vol 1 | Spring Memories Instrumental | Trk 20 | 1153 World Chill Vol 2 | Did You Find The Bird | trk 24 |
| World Chill Vol 1 | Call To Me Instrumental | Trk 21 | 1154 World Chill Vol 2 | Fogs Underscore | trk 25 |
| World Chill Vol 1 | Clap Hop | Trk 22 | 1155 World Chill Vol 2 | Heroes | trk 26 |
| World Chill Vol 1 | Dance Of Love Instrumental | Trk 23 | 1156 World Chill Vol 2 | My Casbah | trk 27 |
| World Chill Vol 1 | Floating | Trk 24 | 1157 World Chill Vol 2 | Riff | trk 28 |
| World Chill Vol 1 | Hide Luv Instrumental | Trk 25 | 1158 World Chill Vol 2 | Savannas | trk 29 |
| World Chill Vol 1 | Make It Betta Instrumental | Trk 26 | 1159 World Chill Vol 2 | Savannas Underscore | trk 30 |
| World Chill Vol 1 | R U Gonna Hurt Instrumental | Trk 27 | 1160 World Chill Vol 2 | Technology | trk 31 |
| World Chill Vol 1 | Sundari Instrumental | Trk 28 | 1161 World Chill Vol 2 | West | trk 32 |
| World Chill Vol 1 | Womanhood Instrumental | Trk 29 | 1162 World Chill Vol 2 | What Do You Mean | trk 33 |
| World Chill Vol 1 | Spring Memories Instrumental | Trk 30 | | | |
| World Chill Vol 1 | Call To Me Instrumental | Trk 31 | | | |
| World Chill Vol 1 | Clap Hop | Trk 32 | | | |
| World Chill Vol 1 | Dance Of Love Instrumental | Trk 33 | | | |
| World Chill Vol 1 | Floating | Trk 34 | | | |
| World Chill Vol 1 | Hide Luv Instrumental | Trk 35 | | | |
| World Chill Vol 1 | Make It Betta Instrumenta | Trk 36 | | | |
| World Chill Vol 1 | R U Gonna Hurt Instrumenta | Trk 38 | | | |
| World Chill Vol 1 | Sundari Instrumental | Trk 39 | | | |
| World Chill Vol 1 | Womanhood Instrumental | Trk 40 | | | |
| World Chill Vol 1 | Spring Memories Instrumental | | | | |

Cert
will
mailed in
window
envelope
to this
address:

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E
Washington, D.C 20559-6000

**D**

Rev. July 2002—20,000    Web Rev. July 2002    ⊛ Printed on recycled paper    U.S Government Printing Office 2002-491-423/80,007

CONTINUATION OF (Check which):    ☑ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Content titles for:

FREEPLAY MUSIC CORP / DVD #8

1. TRANS-ALARM VOLUME 1 (See Attached)

2. TROPICAL VIBES VOLUME 1 (See Attached)

3. WORLD CHILL VOLUME 1 (see attached)

4. WORLD CHILL VOLUME 2 (see attached)

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼ FREEPLAY MUSIC CORP.

Number/Street/Apt ▼ 1650 Broadway, 1108

City/State/ZIP ▼ New York, N.Y. 10019

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1  Application form
2  Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3  Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject
to change
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707 3000

September 2003 — 20,000    Web Rev September 2003    ♻ Printed on recycled paper

U.S Government Printing Office 2003-496-605/60,034

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 337–212**



SRU

EFFECTIVE DATE OF REGISTRATION

7   31   03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1
TITLE OF THIS WORK ▼

TECHNO VOLUME 1

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE CONTINUATION SHEET

## 2

**a** NAME OF AUTHOR ▼

FREEPLAY MUSIC, INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
◀Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month JAN.   Day 1   Year 2001
UNITED STATES OF AMERICA   ◀ Nation

## 4

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This work was previously registered in unpublished form and now has been published for the first time

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**a** Name ▼            Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

**b** SCOTT P SCHREER
FREEPLAY MUSIC, INC
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

Area code and daytime telephone number 212-974 0548            Fax number 212 664 7737

Email SCOTT @ FREEPLAYMUSIC COM

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of SCOTT P. SCHREER
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

SCOTT P SCHREER            Date JULY 22, '03

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ FREEPLAY MUSIC, INC |
|---|---|
| | Number/Street/Apt ▼ 1650 BROADWAY, SUITE 1108 |
| | City/State/ZIP ▼ NEW YORK, NY 10019-6833 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—30 000  Web Rev June 2002  ⊛ Printed on recycled paper            U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

● This Continuation Sheet is used in conjunction with Forms CA PA, SE, SR, TX and VA, only
   Indicate which basic form you are continuing in the space in the upper right hand corner
● If at all possible try to fit the information called for into the spaces provided on the basic form.
● If you do not have enough space for all the information you need to give on the basic form  use
   this Continuation Sheet and submit it with the basic form
● If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
   two together before submitting them.
● Space A of this sheet is intended to identify the basic application
   Space B is a continuation of Space 2 on the basic application  Space B is not applicable
   to Short Forms.
   Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on
   the basic application or for the continuation of Space 1 on any of the three Short Forms
   PA, TX, or VA.

**☑FORM** _SR_ /CON
UNITED STATES COPYRIGHT OFFICE

RE

**SR  337−212**

P

EFFECTIVE DATE OF REGISTRATION

7     31     03
(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED
JUL 3, 2003

Page ___3___ of ___4___ pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic
form submitted for the following work.
● TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

TECHNO  VOLUME 1

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given
in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY  MUSIC, INC

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼                    Year Died▼

Was this contribution to the work
a work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes, see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼                    Year Died▼

Was this contribution to the work
a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes, see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼                    Year Died▼

Was this contribution to the work
a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes, see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4, or 6 of the basic form or for the
continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which)   ☒ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

## CONTENTS TITLES FOR "TECHNO VOLUME 1"

1) MIND STAR SEVEN

2) BLASTER

3) HULA BALU

4) NOW WE DANCE

5) STUD

6) SPYDER

7) HIGHWAY PATROL

8) FREEZER BURN

9) FUNKY AGO GO

10) OCTOPUS

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
FREEPLAY MUSIC, INC

Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108

City/State/ZIP ▼
NEW YORK, NY 10019-6833

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
money order payable to Register
of Copyrights
3 Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

**D**