## DECLARATION OF OF SERVICE

I CHRISTOPHER SERBAGI, an attorney duly admitted to practice before the courts of the State of New York, affirm, under penalties of perjury, that I personally served the Amended Complaint and attached exhibits, via overnight delivery on March 6, 2007 to counsel for the Defendants, at the following address

>Rose Auslander, Esq.
>Carter Ledyard & Milburn LLP
>2 Wall Street
>New York, New York  10005-2072

>_____
>Christopher Serbagi, Esq.
>Attorney for the Plaintiff