

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
FREEPLAY MUSIC CORP.,

                Plaintiff,

    - against -

HAAS OUTDOORS, INC. and
OUTDOOR CHANNEL, INC.,

                Defendants.
-------------------------------------------------------- x

Index No. 06 CV 7618

**ORDER OF DISCONTINUANCE**

    It having been reported to this Court that the above entitled action has been settled in principle, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that if this matter is not settled within thirty (30) days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

Dated:   New York, New York
            June 21, 2007

                                          Denny Chin
                                          United States District Judge

Freeplay Music Corp. v. Haas Outdoors, Inc. et al                        Doc. 8

Attorney(s) for Plaintiff                                Attorney(s) for Defendants

Christopher Serbagi, Esq.                             Rose Auslander, Esq.
Law Offices of Christopher Serbagi                 Carter Ledyard & Milburn LLP
488 Madison Avenue, Suite 1120                   Two Wall Street
New York, New York 10022                         New York, New York 10005
(212) 593-2112                                     (212) 732-3200

1256233.1
6196982.1